IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA RECEIVED
NORTHERN DIVISION

2007 MAR -2  A 10: 21

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| SOUTHERN GUARANTY | * | |
| INSURANCE COMPANY | * | |
| | * | |
| Plaintiff, | * | CASE NO. 2:07CV185-wka |
| | * | |
| v. | * | |
| | * | |
| MERRY CORNER, L.L.C., | * | |
| TOMMY PINKSTON, MCDONALD | * | |
| ARRINGTON, JAMES HARRINGTON, | * | |
| HENRY HOLLIS, and SUSIE | * | |
| BROWN HARRINGTON, | * | |
| | * | |
| Defendants. | * | |

## COMPLAINT FOR DECLARATORY JUDGMENT

COMES NOW the Plaintiff, Southern Guaranty Insurance Company (hereinafter "Southern Guaranty"), in the above styled case, and states as follows:

### I. Parties

1.    The Plaintiff, Southern Guaranty, is a Wisconsin corporation with its principal place of business in Sun Prairie, Wisconsin. Southern Guaranty was qualified and engaged in the business of writing commercial general liability insurance in the State of Alabama at all times referred to herein, and wrote certain liability insurance covering Merry Corner, L.L.C. in the manner set forth by the policies of insurance.

2.    The Defendants Tommy Pinkston, McDonald Arrington, James Harrington, Susie Brown Harrington and Henry Hollis, are Plaintiffs in a lawsuit filed against Merry Corner, L.L.C. and upon information and belief, are resident citizens of Montgomery County, Alabama, and are over

1

the age of nineteen (19) years. These individuals are hereinafter collectively referred to as "underlying Plaintiffs."

3.    The Defendant Merry Corner, L.L.C., (hereinafter "Merry Corner") is an Alabama limited liability company with its principle place of business in Montgomery, Alabama.

## II. Jurisdiction and Venue

4.    Jurisdiction in this matter is premised upon diversity of citizenship pursuant to 28 U.S.C. § 1332 (a)(1). The amount in controversy exceeds $75,000.00, exclusive of interest and costs.

5.    This matter is brought pursuant to the Federal Declaratory Judgment Act, 28 U.S.C. §§ 2201-2202.

6.    Pursuant to 28 U.S.C. § 1391(a), venue is proper in the United States District Court for the Middle District of Alabama Northern Division because all the Defendants reside in this judicial district and the events occurred in this judicial district.

## III. Factual Background

### Merry Corner's Development of Lochshire

7.    Merry Corner developed real property located near the corner of Vaughn Road and Old Pike Road in Pike Road, Montgomery County, Alabama, into the residential development named Lochshire. The properties owned by the underlying Plaintiffs are located at a lower elevation and are near the property developed into Lochshire by Merry Corner. Lochshire is higher in elevation than the underlying Plaintiffs' property. (Exhibit "A" is a copy of the underlying Plaintiffs' Complaint with amendments filed in the Circuit Court for Montgomery County, Alabama, styled *Pinkston, et al., v. Merry Corner, L.L.C., et al.*, CV-2005-931.) Susie Brown Harrington was added

2

as a fifth Plaintiff at a later date. Exhibit "A" contains the allegations against Merry Corner by the underlying Plaintiffs.

8.    During the development of Lochshire, Merry Corner allegedly altered the natural flow and absorption of surface water on the Lochshire property. (Exhibit "A"). Sometime after Merry Corner began to develop Lochshire, the properties owned by the underlying Plaintiffs allegedly began to experience an enormous increase in the volume of surface water flowing onto their property, which allegedly resulted in constant wetness and damage to their respective properties. (Exhibit "A"). The underlying Plaintiffs allegedly did not have a water problem on their properties prior to the development of Lochshire by Merry Corner. (Exhibit "A"). The underlying Plaintiffs demand both damages and equitable or injunctive relief in their Complaint.

### The Southern Guaranty Policy

9.    On January 18, 2002, Southern Guaranty first issued a Commercial General Liability policy to Merry Corner, with an effective date of January 18, 2002, and a termination date of January 18, 2003. (See Exhibit "B" comprised of Southern Guaranty's Insurance policy related hereto bearing policy number 00GLA63925. This policy was issued on on January 18, 2002, for one year to terminate on January 18, 2003, but was re-issued for five consecutive one-year policy terms, the last of which ends on January 18, 2008.) Exhibit "B" is certified and contains all appropriate endorsements and forms by year in effect, and identifies Merry Corner as the named insured. The said policy, forms, endorsements, and other relevant insurance documents contained in Exhibit "B" are adopted as though fully set forth herein for the policy period in which they were effective. The policy contains pertinent terms, conditions, provisions, endorsements and exclusions that preclude any duty on the part of Southern Guaranty to provide a defense or indemnification to or for Merry

3

Corner in the case filed by the underlying Plaintiffs against Merry Corner and attached hereto as Exhibit "A".

    10.    Pertinent portions of the policy are quoted below:

### COMMERCIAL GENERAL LIABILITY COVERAGE FORM

**SECTION I - COVERAGES**

**COVERAGE A: BODILY INJURY AND PROPERTY DAMAGE LIABILITY**

**1. Insuring Agreement**

    a.    We will pay those sums that the insured becomes legally obligated to pay as damages because of 'bodily injury' or 'property damage' to which this insurance applies. We will have the right and duty to defend the insured against any 'suit' seeking those damages. However, we will have no duty to defend the insured against any 'suit' seeking damages for 'bodily injury' or 'property damage' to which this insurance does not apply. We may, at our discretion, investigate any 'occurrence' and settle any claim or 'suit' that may result. But:

        (1)  The amount we will pay for damages is limited as described in Section III – Limits of Insurance; ....

    b.    This insurance applies to 'bodily injury' and 'property damage' only if:

        (1)  The 'bodily injury' or 'property damage' is caused by an 'occurrence' that takes place in the 'coverage territory';

        (2)  The 'bodily injury' or 'property damage' occurs during the policy period."

        (3)  Prior to the policy period, no insured listed under Paragraph 1. of Section II – Who Is An Insured and no 'employee' authorized by you to give or receive notice of an 'occurrence' or claim, knew that the 'bodily injury' or 'property damage' had occurred, in whole or in part. If such a listed insured or authorized 'employee' knew, prior to the policy period, that the 'bodily injury' or 'property damage' occurred, then any continuation, change or resumption of such 'bodily injury' or 'property damage' during or after the policy period will be deemed to have been known prior to the policy period.

4

c.  'Bodily injury' or 'property damage' which occurs during the policy period and was not, prior to the policy period, known to have occurred by an insured listed under Paragraph 1. Section II – Who Is An Insured or any 'employee' authorized by you to give or receive notice of an 'occurrence' or claim, includes any continuation, change or resumption of that 'bodily injury' or 'property damage' after the end of the policy period.

d.  'Bodily injury' or 'property damage' will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph 1. of Section II – Who is An Insured or any 'employee' authorized by you to give or receive notice of an 'occurrence' or claim:

(1) Reports all, or any part, of the 'bodily injury' or 'property damage' to us or any other insurer;

(2) Receives a written or verbal demand or claim for damages because of the 'bodily injury' or 'property damage'; or

(3) Becomes aware by any other means that 'bodily injury' or 'property damage' has occurred or has begun to occur.[1]

## 2. Exclusions

This insurance does not apply to:

a.  Expected or Intended Injury

'Bodily injury' or 'property damage' expected or intended from the standpoint of the insured.  This exclusion does not apply to 'bodily injury' resulting from the use of reasonable force to protect persons or property.

. . .

## j.  Damage to Property

'Property damage' to:

. . .

---

[1] Please note that endorsement CG0001-1204 to the policy issued on January 18, 2007 provided revised policy language that is reflected in Section I, 1(b)(3), (c), and (d)(1) - (3).

(6) That particular part of any property that must be restored, repaired or replaced because 'your work' was incorrectly performed on it.

. . .

Paragraph **(6)** of this exclusion does not apply to 'property damage' included in the 'products-completed operations hazard'.

. . .

**m. Damage to Impaired Property or Property Not Physically Injured**

'Property damage' to 'impaired property' or property that has not been physically injured arising out of:

(1) A defect, deficiency, inadequacy or dangerous condition in 'your product' or 'your work'; or

(2) A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to 'your product' or 'your work' after it has been put to its intended use.

. . .

**SECTION III – LIMITS OF INSURANCE**

1.  The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

a.  Insureds;

b.  Claims made or 'suits' brought; or

c.  Persons or organizations making claims or bringing 'suits'.

2.  The General Aggregate Limit is the most we will pay for the sum of:

a.  Medical expenses under Coverage **C**;

6

    b. Damages under Coverage **A**, except damages because of 'bodily injury' or 'property damage' included in the 'products-completed operations hazard'; and

    c. Damages under Coverage **B**.

3. The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage **A** for damages because of 'bodily injury' and 'property damage' included in the 'products-completed operations hazard'.

. . .

5. Subject to **2.** or **3.** above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

    a. Damages under Coverage **A**; and

    b. Medical expenses under Coverage **C**

because of all 'bodily injury' and 'property damage' arising our of any one 'occurrence'.

. . .

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

. . .

## SECTION V – DEFINITIONS

. . .

8. 'Impaired property' means tangible property, other than 'your product' or 'your work', that cannot be used or is less useful because:

    b. You have failed to fulfill the terms of a contract or agreement;

      if such property can be restored to use by:

7

    a. The repair, replacement, adjustment or removal of 'your product' or 'your work'; or

    b. Your fulfilling the terms of the contract or agreement.

. . .

13. 'Occurrence' means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

. . .

15. 'Pollutants' mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

16. 'Products-completed operations hazard':

    a. Includes all 'bodily injury' and 'property damage' occurring away from premises you own or rent and arising out of ' your product' or 'your work' except:

        (1) Products that are still in your physical possession; or

        (2) Work that has not yet been completed or abandoned. However, 'your work' will be deemed completed at the earliest of the following times:

            (a) When all of the work called for in your contract has been completed.

            (b) When all of the work to be done at the job site has been completed if your contract calls for work at more than one job sit.

            (c) When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

        Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

    b. Does not include 'bodily injury' or 'property damage' arising out of:

8

(1) The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the 'loading or unloading' of that vehicle by an insured;

(2) The existence of tools, uninstalled equipment or abandoned or unused materials; or

(3) Products or operations for which the classification, listed in the Declarations or in a policy schedule, states that products completed operations are subject to the General Aggregate Limit"

17. 'Property damage' means:

a. Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

b. Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the 'occurrence' that caused it.

. . .

21. 'Your work' means:

a. Work or operations performed by you or on your behalf; and

b. Materials, parts or equipment furnished in connection with such work or operations.

'Your work" includes:

a. Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of 'your work'; and

b. The providing of or failure to provide warnings or instructions.

[In addition to the above policy terms certain endorsements to these policies may preclude all or part of the coverage under the policy.]

9

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**TOTAL POLLUTION EXCLUSION ENDORSEMENT**

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE PART**

Exclusion **f.** under Paragraph **2., Exclusions** of **Sections I - Coverage A - Bodily Injury and Property Damage Liability** is replaced by the following:

This insurance does not apply to:

**f.  Pollution**

(1) 'Bodily injury' or 'property damage' which would not have occurred in whole or part but for the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of 'pollutants' at any time.

(2) Any loss, cost or expense arising out of any:

(a) Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of 'pollutants'; or

(b) Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, 'pollutants'.

[Additionally, the following language is found in another endorsement to the policy which could act to preclude all or part of the coverage.]

**FUNGI OR BACTERIA EXCLUSION**

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE PART**

A. The following exclusion is added to Paragraph **2., Exclusions** of **Section 1 - Coverage A - Bodily Injury And Property Damage Liability:**

10

### 2. Exclusions

This insurance does not apply to:

**Fungi or Bacteria**

a. 'Bodily injury' or 'property damage' which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any 'fungi' or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

b. Any loss, cost or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, 'fungi' or bacteria, by any insured or by any other person or entity.

This exclusion does not apply to any 'fungi' or bacteria that are, are on, or are contained in, a good or product intended for consumption.

. . .

C. The following definition is added to the **Definitions** Section:

'Fungi' means any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents or byproducts produced or released by fungi.

(Exhibit "B").

11.     Merry Corner tendered the lawsuit brought by the underlying Plaintiffs in the Circuit Court of Montgomery County, Alabama, which is attached hereto as Exhibit "A", to Southern Guaranty for defense and indemnity pursuant to its Commercial General Liability policy written by Southern Guaranty, and which is attached hereto as Exhibit "B".

12.     On May 18, 2005, Southern Guaranty sent Merry Corner a Reservation of Rights letter. (See Exhibit "C", Reservation of Rights letter dated May 18, 2005, to Merry Corner, from

11

Southern Guaranty, and adopted by reference as though fully set out specifically herein). The Reservation of Rights letter states that Southern Guaranty disputes that it has an obligation under the Commercial General Liability policy to defend or indemnify Merry Corner in the referenced lawsuit. (Exhibit "C"). Nevertheless, Southern Guaranty hired the firm of Ball, Ball, Matthews & Novak to defend Merry Corner in the referenced lawsuit pursuant to Exhibit "C", the Reservation of Rights letter and the matters stated therein, unless and until a court of competent jurisdiction made a finding that coverage and defense are not owed to Merry Corner. (Exhibit "C").

13.    Exhibit "A", the lawsuit filed by the underlying Plaintiffs against Merry Corner in the Circuit Court of Montgomery County, Alabama, styled *Pinkston, et al. v. Merry Corner, L.L.C., et al,* CV-2005-931, alleges that Merry Corner developed its property in such a manner:

(A)    that it altered the "natural flow and absorption of the surface water";

(B)    that the development and development plan anticipated that surface water would flow in enormous volumes and with enormous force across, onto and upon the underlying Plaintiffs' land;

(C)    that the anticipated result stated in item (B) has and will continue to occur;

(D)    that this discharge has and will continue to cause physical damage and the underlying Plaintiffs' loss of use and enjoyment of their property, as well as, loss of the value of the property; and

(E)    that the underlying Plaintiffs are entitled to judgment against Merry Corner, which shall include: (1) a permanent injunction preventing Merry Corner from depositing surface water in the future on the property; (2) appropriate damages to be determined by a jury; (3) interest as may be appropriate; (4) costs of the proceedings; and (5) any other appropriate relief.

(See Exhibit "A").

14.    On or about June 15, 2005, Merry Corner filed an Answer to the Complaint. (See Exhibit "D", comprised of the Answer and Amended Answers filed by Merry Corner, L.L.C. in the Circuit Court for Montgomery County, Alabama, in the underlying case).

15.    On or about September 6, 2005, the Plaintiffs filed a Motion to Amend Complaint and Add Susie Brown Harrington as a Plaintiff in the case stating that she is the true owner of the property initially alleged to have belonged to her husband, James Harrington. (Exhibit "A")  The Court granted the Plaintiffs' request and added Susie Brown Harrington as a Plaintiff on September 15, 2005.  Merry Corner filed an Amended Answer on April 6, 2006, which adopted and incorporated its previous Answer as to the claims of Susie Brown Harrington. (Exhibit "D").

### No Coverage for Merry Corner

16.    Southern Guaranty reavers and adopts by reference paragraphs 1 through 15 of the Complaint.

17.    The claims of the underlying Plaintiffs, in the underlying suit, are not covered by the Southern Guaranty policy and/or are excluded by said policy and Southern Guaranty has no duty to defend Merry Corner or to indemnify Merry Corner in the underlying action. Specifically, Southern Guaranty avers:

### COUNT I

Southern Guaranty reavers and adopts by reference paragraphs 1 through 16 of the Complaint.

**A.  (1)    NO ACCIDENT OCCURRED.**

The policy provides as follows:

**SECTION I - COVERAGES**

**COVERAGE A: BODILY INJURY AND PROPERTY DAMAGE LIABILITY**

13

b.  This insurance applies to 'bodily injury' and 'property damage' only if:

(1) The 'bodily injury' or 'property damage' is caused by an 'occurrence' that takes place in the 'coverage territory';

(2) The 'bodily injury' or 'property damage' occurs during the policy period."

. . .

## SECTION V – DEFINITIONS

. . .

13. 'Occurrence' means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

**(2)**    The allegations of the underlying Plaintiffs' Complaint, the facts specifically related to the allegations of said Complaint and certain laws, rules and regulations demonstrate and confirm that the matters complained of in the underlying Plaintiffs' Complaint do not constitute an occurrence as defined by the policy.

WHEREFORE, Southern Guaranty respectfully requests that the Court declare that Southern Guaranty has no obligation or duty to defend or indemnify Merry Corner under the Commercial General Liability policy number 00GLA63925 for the claims brought in the underlying suit.

## COUNT II

Southern Guaranty reavers and adopts by reference paragraphs 1 through 16 of the Complaint.

### B. (1)    EXPECTED OR INTENDED BODILY INJURY AND PROPERTY DAMAGE ARE EXCLUDED.

The policy states the following exclusion from coverage:

**SECTION I-COVERAGES**

14

**COVERAGE A: BODILY INJURY AND PROPERTY DAMAGE LIABILITY**

2.  Exclusions

This insurance does not apply to:

a.  Expected or Intended Injury

'Bodily injury' or 'property damage' expected or intended from the standpoint of the insured.  This exclusion does not apply to 'bodily injury' resulting from the use of reasonable force to protect persons or property.

**(2)** The allegations of the underlying Plaintiffs' Complaint, the facts specifically related to the allegations of said Complaint and certain laws, rules and regulations occasion the application of the above exclusion to preclude and prevent both defense and indemnity for Merry Corner under the applicable insurance policy in the underlying case.

WHEREFORE, Southern Guaranty respectfully requests that the Court declare that Southern Guaranty has no obligation or duty to defend or indemnify to Merry Corner under the Commercial General Liability policy number 00GLA63925 for the claims brought in the underlying suit because the provisions of the policy specifically exclude coverage for the claims.

### COUNT III

Southern Guaranty reavers and adopts by reference paragraphs 1 through 16 of the Complaint.

**C. (1)    THE TOTAL POLLUTION EXCLUSION**

The policy states the following exclusion from coverage:

### TOTAL POLLUTION EXCLUSION ENDORSEMENT

This endorsement modifies insurance provided under the following:

15

## COMMERCIAL GENERAL LIABILITY COVERAGE PART

Exclusion **f.** under Paragraph **2.**, **Exclusions** of **Sections I - Coverage A - Bodily Injury and Property Damage Liability** is replaced by the following:

This insurance does not apply to:

**f.  Pollution**

   (1) 'Bodily injury' or 'property damage' which would not have occurred in whole or part but for the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of 'pollutants' at any time.

   (2) Any loss, cost or expense arising out of any:

      (a) Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of 'pollutants'; or

      (b) Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, 'pollutants'.

**(2)** The allegations of the underlying Plaintiffs' Complaint, the facts specifically related to the allegations of said Complaint and certain laws, rules and regulations occasion the application of the above exclusion to preclude and prevent both defense and indemnity for Merry Corner under the applicable insurance policy in the underlying case.

WHEREFORE, Southern Guaranty respectfully requests that the Court declare that Southern Guaranty has no obligation or duty to defend or indemnify Merry Corner under the Commercial general Liability policy number 00GLA63925 for the claims brought in the underlying suit because the provisions of the policy specifically exclude coverage for the claims.

## COUNT IV

Southern Guaranty reavers and adopts by reference paragraphs 1 through 16 of the Complaint.

### D. (1)    INJUNCTIVE RELIEF IS NOT COVERED.

The policy states that the following is not covered:

**SECTION I-COVERAGES,**

**COVERAGE A: BODILY INJURY AND PROPERTY DAMAGE LIABILITY**

**1. Insuring Agreement**

    a.  We will pay those sums that the insured becomes legally obligated to pay as damages because of 'bodily injury' or 'property damage' to which this insurance applies. We will have the right and duty to defend the insured against any 'suit' seeking those damages. However, we will have no duty to defend the insured against any 'suit' seeking damages for 'bodily injury' or 'property damage' to which this insurance does not apply.

. . .

### TOTAL POLLUTION EXCLUSION ENDORSEMENT

This endorsement modifies insurance provided under the following:

### COMMERCIAL GENERAL LIABILITY COVERAGE PART

Exclusion **f.** under Paragraph **2., Exclusions** of **Sections I - Coverage A - Bodily Injury and Property Damage Liability** is replaced by the following:

This insurance does not apply to:

**f. Pollution**

. . .

(2) Any loss, cost or expense arising out of any:

(a) Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of 'pollutants'; or...

## FUNGI OR BACTERIA EXCLUSION

This endorsement modifies insurance provided under the following:

## COMMERCIAL GENERAL LIABILITY COVERAGE PART

A. The following exclusion is added to Paragraph **2.**, Exclusions of **Section 1 - Coverage A - Bodily Injury And Property Damage Liability:**

**2. Exclusions**

This insurance does not apply to:

**Fungi or Bacteria**

. . .

b. Any loss, cost or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, 'fungi' or bacteria, by any insured or by any other person or entity.

**(2)** The allegations of the underlying Plaintiffs' Complaint, the facts specifically related to the allegations of said Complaint and certain laws, rules and regulations occasion the application of the above exclusion to preclude and prevent both defense and indemnity for Merry Corner under the applicable insurance policy in the underlying case.

WHEREFORE, Southern Guaranty respectfully requests that the Court declare that Southern Guaranty has no obligation or duty to defend or indemnify Merry Corner under the Commercial general Liability policy number 00GLA63925 for the claims brought in the underlying suit because the provisions of the policy specifically do not provide coverage for the claims.

18

## COUNT V

Southern Guaranty reavers and adopts by reference paragraphs 1 through 16 of the Complaint.

**E. (1)    BODILY INJURY OR PROPERTY DAMAGE OUTSIDE THE POLICY PERIOD ARE NOT COVERED.**

The policy states that the following is not covered:

**SECTION I-COVERAGES,**

**COVERAGE A: BODILY INJURY AND PROPERTY DAMAGE LIABILITY**

1.  Insuring Agreement

    a.  We will pay those sums that the insured becomes legally obligated to pay as damages because of 'bodily injury' or 'property damage' to which this insurance applies.  We will have the right and duty to defend the insured against any 'suit' seeking those damages.  However, we will have no duty to defend the insured against any 'suit' seeking damages for 'bodily injury' or 'property damage' to which this insurance does not apply. We may, at our discretion, investigate any 'occurrence' and settle any claim or 'suit' that may result.  But:

        (1) The amount we will pay for damages is limited as described in Section III – Limits of Insurance; ....

. . .

**SECTION III – LIMITS OF INSURANCE**

. . .

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months.  In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

19

(2) The allegations of the underlying Plaintiffs' Complaint, the facts specifically related to the allegations of said Complaint and certain laws, rules and regulations occasion the application of the above exclusion to preclude and prevent both defense and indemnity for Merry Corner under the applicable insurance policy in the underlying case.

WHEREFORE, Southern Guaranty respectfully requests that the Court declare that Southern Guaranty has no obligation or duty to defend or indemnify Merry Corner under the Commercial general Liability policy number 00GLA63925 for the claims brought in the underlying suit because the provisions of the policy specifically do not provide coverage for the claims.

**COUNT VI**

Southern Guaranty reavers and adopts by reference paragraphs 1 through 16 of the Complaint.

**F. (1)    EXPOSURE TO, EXISTENCE OF, AND PRESENCE OF BACTERIA OR 'FUNGI' EXCLUSION.**

The policy states the following exclusion from coverage:

**FUNGI OR BACTERIA EXCLUSION**

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE PART**

A The following exclusion is added to Paragraph **2.**, Exclusions of **Section 1 - Coverage A - Bodily Injury And Property Damage Liability:**

**2. Exclusions**

This insurance does not apply to:

**Fungi or Bacteria**

20

a. 'Bodily injury' or 'property damage' which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any 'fungi' or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

. . .

This exclusion does not apply to any 'fungi' or bacteria that are, are on, or are contained in, a good or product intended for consumption.

. . .

C. The following definition is added to the **Definitions** Section:

'Fungi' means any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents or byproducts produced or released by fungi.

**(2)** The allegations of the underlying Plaintiffs' Complaint, the facts specifically related to the allegations of said Complaint and certain laws, rules and regulations occasion the application of the above exclusion to preclude and prevent both defense and indemnity for Merry Corner under the applicable insurance policy in the underlying case.

WHEREFORE, Southern Guaranty respectfully requests that the Court declare that Southern Guaranty has no obligation or duty to defend or indemnify Merry Corner under the Commercial general Liability policy number 00GLA63925 for the claims brought in the underlying suit because the provisions of the policy specifically exclude coverage for the claims.

## COUNT VII.

Southern Guaranty reavers and adopts by reference paragraphs 1 through 16 of the Complaint.

**G. (1)    ABATING, DETOXIFYING, MONITORING, CLEANING UP, REMOVING, CONTAINING, AND TREATING OF BACTERIA OR 'FUNGI' EXCLUSION.**

The policy states the following exclusion from coverage:

## FUNGI OR BACTERIA EXCLUSION

This endorsement modifies insurance provided under the following:

## COMMERCIAL GENERAL LIABILITY COVERAGE PART

A. The following exclusion is added to Paragraph **2.,** Exclusions of **Section 1 - Coverage A - Bodily Injury And Property Damage Liability:**

**2. Exclusions**

This insurance does not apply to:

**Fungi or Bacteria**

. . .

b. Any loss, cost or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, 'fungi' or bacteria, by any insured or by any other person or entity.

This exclusion does not apply to any 'fungi' or bacteria that are, are on, or are contained in, a good or product intended for consumption.

. . .

C. The following definition is added to the **Definitions** Section:

22

'Fungi' means any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents or byproducts produced or released by fungi.

(2) The allegations of the underlying Plaintiffs' Complaint, the facts specifically related to the allegations of said Complaint and certain laws, rules and regulations occasion the application of the above exclusion to preclude and prevent both defense and indemnity for Merry Corner under the applicable insurance policy in the underlying case.

WHEREFORE, Southern Guaranty respectfully requests that the Court declare that Southern Guaranty has no obligation or duty to defend or indemnify Merry Corner under the Commercial general Liability policy number 00GLA63925 for the claims brought in the underlying suit because the provisions of the policy specifically exclude coverage for the claims.

## COUNT VIII

Southern Guaranty reavers and adopts by reference paragraphs 1 through 16 of the Complaint.

**H. (1)    DAMAGE TO PROPERTY THAT MUST BE RESTORED, REPAIRED OR REPLACED.**

The policy states the following exclusion from coverage:

**SECTION I-COVERAGES,**

**COVERAGE A: BODILY INJURY AND PROPERTY DAMAGE LIABILITY**

. . .

**2. Exclusions**

This insurance does not apply to:

. . .

23

**j.  Damage to Property**

'Property damage' to:

. . .

(6) That particular part of any property that must be restored, repaired or replaced because 'your work' was incorrectly performed on it.

. . .

## SECTION V - DEFINITIONS

. . .

21. 'Your work' means:

a.  Work or operations performed by you or on your behalf; and

b.  Materials, parts or equipment furnished in connection with such work or operations.

'Your work" includes:

a.  Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of 'your work'; and

b.  The providing of or failure to provide warnings or instructions.

**(2)** The allegations of the underlying Plaintiffs' Complaint, the facts specifically related to the allegations of said Complaint and certain laws, rules and regulations occasion the application of the above exclusion to preclude and prevent both defense and indemnity for Merry Corner under the applicable insurance policy in the underlying case.

WHEREFORE, Southern Guaranty respectfully requests that the Court declare that Southern Guaranty has no obligation or duty to defend or indemnify Merry Corner under the Commercial

general Liability policy number 00GLA63925 for the claims brought in the underlying suit because

the provisions of the policy specifically exclude coverage for the claims.

**COUNT IX**

Southern Guaranty reavers and adopts by reference paragraphs 1 through 16 of the

Complaint.

**I. (1)    NO COVERAGE IN POLICY YEAR AFTER NOTICE OF OCCURRENCE.**

This policy states that the following is not covered:

> b. This insurance applies to 'bodily injury' and 'property damage' only if:
>
> > (1) The 'bodily injury' or 'property damage' is caused by an 'occurrence' that takes place in the 'coverage territory'; and
> >
> > (2) The 'bodily injury' or 'property damage' occurs during the policy period."
> >
> > (3) Prior to the policy period, no insured listed under Paragraph 1.of Section II – Who Is An Insured and no 'employee' authorized by you to give or receive notice of an 'occurrence' or claim, knew that the 'bodily injury' or 'property damage' had occurred, in whole or in part.  If such a listed insured or authorized 'employee' knew, prior to the policy period, that the 'bodily injury' or 'property damage' occurred, then any continuation, change or resumption of such 'bodily injury' or 'property damage' during or after the policy period will be deemed to have been known prior to the policy period.

**(2)** The allegations of the underlying Plaintiffs' Complaint, the facts specifically related to

the allegations of said Complaint and certain laws, rules and regulations occasion the application of

the above exclusion to preclude and prevent both defense and indemnity for Merry Corner under the

applicable insurance policy in the underlying case.

WHEREFORE, Southern Guaranty respectfully requests that the Court declare that Southern

Guaranty has no obligation or duty to defend or indemnify Merry Corner under the Commercial

25

general Liability policy number 00GLA63925 for the claims brought in the underlying suit because the provisions of the policy specifically do not provide coverage for the claims.

COUNT X

Southern Guaranty reavers and adopts by reference paragraphs 1 through 16 of the Complaint.

     **J.  (1)**     Southern Guaranty reserves the right to amend its Complaint and add additional grounds, if any arise, as discovery progresses in this case.

**WHEREFORE**, Southern Guaranty respectfully requests the granting of a judgment declaring the rights, duties and other legal relations between the parties herein. Specifically, Southern Guaranty requests the following:

1. A judgment declaring that Southern Guaranty has no obligation or duties and liabilities to Merry Corner under Commercial General Liability policy number 00GLA63925 for the claims brought in the underlying suit because the claims arose outside of and prior to coverage dates of the Southern Guaranty policy issued to Merry Corner;

2. A judgment declaring that Southern Guaranty has no obligation or duties and liabilities to Merry Corner under Commercial General Liability policy number 00GLA63925 for the claims brought in the underlying suit because the provisions of the policy specifically exclude coverage for the claims;

3. A judgment declaring that Southern Guaranty has no obligation or duties and liabilities to Merry Corner under Commercial General Liability policy number 00GLA63925 for the claims

brought in the underlying suit because the provisions of the policy do not provide coverage for the

claims; and

4.  The granting of such other and further relief as the Court may deem just and proper,

including attorney fees, costs and disbursements of this action.

H.E. NIX (NIX007)
MEGAN K. MCCARTHY(MCC149)
Attorneys for Southern Guaranty
Insurance Company

OF COUNSEL:
*Nix, Holtsford, Gilliland, Higgins & Hitson, P.C.*
Post Office Box 4128
Montgomery, Alabama 36103-4128
334-215-8585
334-215-7101 - Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the following by hand delivery, on this the 2nd day of March, 2007:

J. Doyle Fuller, Esq.                   Richard A. Ball, Jr., Esq.
Law Office of J. Doyle Fuller, P.C.     R. Saxon Main, Esq.
2851 Zelda Road                         Ball, Ball, Matthews & Novak
Montgomery, AL 36106                    P. O. Box 2148
                                        Montgomery, AL 36102

OF COUNSEL

27

## IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

TOMMY PINKSTON, McDONALD )
ARRINGTON, JAMES HARRINGTON, )
and HENRY HOLLIS )
                                                 )

Plaintiffs )
                                                 )

Vs. )     CASE NO._____
                                                 )

MERRY CORNER, LLC, et al )
                                                 )

Defendants )
                                                 )

*FILED IN CIRCUIT COURT OF MONTGOMERY COUNTY 2005 APR 14 PM 3:46*

## SUMMONS

     This service by certified mail of this summons is initiated upon the written request of Plaintiff's attorney pursuant to the Alabama Rules of Civil Procedure.

NOTICE TO: **MERRY CORNER, LLC**
  ADDRESS:  **% MICHAEL H. JONES, Registered Agent**
                  **2531 BELL ROAD #B**
                  **MONTGOMERY, ALABAMA 36117-0436**

The Complaint which is attached to this summons is important and you must take immediate action to protect your rights. You are required to mail or hand deliver a copy of a written Answer, either admitting or denying each allegation in the Complaint, to J. Doyle Fuller, the lawyer for the Plaintiff(s), whose address is:

**The Law Office of J. Doyle Fuller P. C.**
**2851 Zelda Road**
**Montgomery, AL 36106.**

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN THIRTY (30) DAYS FROM THE DATE OF DELIVERY OF THIS SUMMONS AND COMPLAINT AS EVIDENCED BY THE RETURN RECEIPT, OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT. You must also file the original of your Answer with Clerk of this court within a reasonable time afterward.

_____
                          Clerk of Court

Dated: _____

☐ Return receipt of certified mail received in this office on _____



Apr. 21. 2005 11:15AM
APR-21-2005 THU 08:35 AM DOYLE FULLER          FAX NO. 3342709848          No.6257    P. 6
                                                                                      P. 03

## IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

| | |
|---|---|
| TOMMY PINKSTON, McDONALD<br>ARRINGTON, JAMES HARRINGTON,<br>and HENRY HOLLIS, | )<br>)<br>) |
|     Plaintiffs, | )<br>)<br>) |
| vs. | )<br>) |
| MERRY CORNER, L.L.C., and<br>FICTITIOUS DEFENDANTS 1 through<br>20, inclusive, are those persons, firms,<br>corporations or entities who are presently<br>unknown to the Plaintiffs who own or<br>developed property in the area of the<br>property owned by the Plaintiffs and<br>from which surface water flows onto the<br>Plaintiffs property, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
|     Defendants. | )<br>) |

FILED
CIRCUIT COURT OF
MONTGOMERY COUNTY
2005 APR 14  PM 3:46

### COMPLAINT

1. The Plaintiffs are adult resident citizens of the State of Alabama and are the
   owners of the title to real property located in Montgomery County, Alabama.

2. The Defendants are the owners and/or developers of real property located in the
   area of Plaintiffs' property and which is of a higher elevation to the property of
   the Plaintiffs and from which surface water flows onto and across the Plaintiffs
   property

3. Fictitious Defendants 1 through 20, inclusive are those persons, firms,
   corporations or entities who own or developed property in the area of the property
   owned by the Plaintiffs and from which surface water flows onto the Plaintiffs'
   property. The identity of these fictitious defendants is unknown to the Plaintiffs

Apr.21. 2005 11:15AM
APR-21-2005 THU 08:35 AM DOYLE FULLER          FAX NO. 3342709848     No.6257  P. 7
                                                                       P. 04

at the present time but will be supplied by amendment to the complaint when discovered.

4.  Over the past several years, the various Defendants, at various times have developed their property for residential and commercial uses. As a consequence of that development, the Defendants have substantially altered the natural flow and absorption of surface water on the Defendants' property. The surface water flowing from the Defendants' property has been so significantly altered as to cause an enormous increase in the volume and force of said surface water which subsequently is deposited onto and across the Plaintiffs' property

5.  As a direct and proximate cause of the actions of the Defendants, jointly and severally, the said surface water, once upon the property of the Plaintiffs, has caused and continues to cause great physical damage to the property of the Plaintiffs and thereby interfering with the Plaintiffs' use thereof and greatly reducing the value thereof.

WHEREFORE, the Plaintiffs demand judgment against the Defendants for the following:

1.  A permanent injunction enjoining the further depositing of surface water upon the Plaintiffs' property;

2.  Appropriate damages to be determined by the jury in this case;

3.  Interest as may be appropriate;

4.  Costs of these proceedings; and

5.  Such other, further and different relief to which the Plaintiffs may be entitled

J. DOYLE FULLER

LAW OFFICE OF
J. DOYLE FULLER
2851 Zelda Road
Montgomery, Alabama 36106
(334) 270-0020

J. FLOYD MINOR

MINOR & OLSZEWSKI
P.O. Box 164
Montgomery, Alabama 36101
(334) 265-6200

WAC

## IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

| | |
|---|---|
| **TOMMY PINKSTON, et al,** | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | )    CASE NO:  CV-2005-931 |
| **MERRY CORNER, LLC, et al** | ) |
| | ) |
| Defendants. | ) |
| | ) |

2005 SEP -6  AM 9: 06
FILED CIRCUIT COURT OF MONTGOMERY COUNTY

### MOTION TO AMEND COMPLAINT AND ADD PLAINTIFF

COMES NOW the Plaintiffs in the above styled cause and move this Court to amend the complaint and add SUSIE BROWN HARRINGTON, as a party Plaintiff and for grounds therefore shows:

1. In the original complaint, James W. Harrington was named as a Plaintiff/property owner.

2. Counsel has now discovered that the real estate involved in said complaint is actually in the name of the wife of James W. Harrington, Susie Brown Harrington.

3. The Plaintiffs wish to add the newly identified property owner as a party to this cause of action.

In all other respects the complaint as originally filed shall remain unchanged. All claims stated in the original complaint are hereby re-stated on behalf of the newly identified Plaintiff as if named and identified in the original complaint.

_____
J. DOYLE FULLER (FUL005)
SUSAN G. COPELAND (COP009)
Attorneys for Plaintiff
2851 Zelda Road
Montgomery, Alabama 36106
(334) 270-0020

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on all counsel of record by depositing a copy of same in the United States mail, postage prepaid and properly addressed on August 31, 2005:

RICHARD A. BALL, JR., ESQ.
BALL, BALL, MATTHEWS & NOVAK,
PA
P.O. Box 2148
Montgomery, Alabama 36102-2148

J. FLOYD MINOR, ESQ.
MINOR & OLSZEWSKI
P.O. Box 164
Montgomery, Alabama 36101-0164

_____
J. DOYLE FULLER

*general casualty*

**General Casualty**     Montgomery Regional Office     2545 Taylor Road
                         Southern Region               Montgomery, AL
                                                       36117-4706

                                                       Telephone (334) 270-6000
                                                       generalcasualty.com


# <u>CERTIFIED POLICY</u>


I certify this to be a true and exact copy of policies CPP60556 issued to Merry Corner, LLC
for the years 1/18/2002-1/18/2003, 1/18/2003-1/18/2004, 1/18/2004 to 1/18/2005,
1/18/2005 to 1/18/2006, 1/18/2006-1/18/2007, and 118/2007-1/18/2008.


_____
BERT SHEPHARD/
Commercial Lines Underwriting Manager



_____
Notary Public

My Commission Expires: 12-28-2010




EXHIBIT

**B**
_____


Southern Guaranty Insurance Company     Blue Ridge Insurance Company     General Casualty Company of Illinois
Southern Fire and Casualty Company      Blue Ridge Indemnity Company     General Casualty Company of Wisconsin
Southern Pilot Insurance Company        MassWest Insurance Company       Hoosier Insurance Company
Southern Guaranty Insurance Co. of Georgia                               Regent Insurance Company

# SOUTHERN GUARANTY INSURANCE COMPANIES

Coverage Provided by Southern Guaranty Insurance Company

## COMMERCIAL GENERAL LIABILITY
## DECLARATIONS

Named Insured and Mailing Address

MERRY CORNER, LLC
2531 B BELL RD
MONTGOMERY          AL 36117

Policy No. 00GLA63925

Policy Period *: From 01/18/2002 to 01/18/2003
at 12:01 A.M. Standard Time at your mailing address shown above.

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY,
WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

### LIMITS OF INSURANCE

| | |
|---|---:|
| General Aggregate Limit (Other Than Products — Completed Operations) | $ 2000000 |
| Products — Completed Operations Aggregate Limit | $ 2000000 |
| Personal and Advertising Injury Limit | $ 1000000 |
| Each Occurrence Limit | $ 1000000 |
| Fire Damage Limit | $ 100000 Any One Fire |
| Medical Expense Limit | $ 5000 Any One Person |

### RETROACTIVE DATE (CG 00 02 only)

Coverage A of this Insurance does not apply to "bodily injury" or "property damage" which occurs before the Retroactive
Date, if any, shown here:     NONE

(Enter Date or "None" if no Retroactive Date applies)

### DESCRIPTION OF BUSINESS AND LOCATION OF PREMISES

Form of Business:        ALL OTHER
☐ Individual    ☐ Joint Venture  ☐ Partnership  ☒ Organization (Other than Partnership or Joint Venture)
Business Description*:
VACANT LAND

Location of All Premises You Own, Rent or Occupy:
001    CORNER OF VAUGHN & PIKE ROAD   MONTGOMERY, AL 36117

### PREMIUM

| Classification | Code No. | Premium Basis | Rate Pr/Co | All Other | Advance Premium Pr/Co | All Other |
|---|---|---|---|---|---|---|
| ADDITIONAL INSURED | 049950 | 1 | | 25.000 | $ $ | 25 |
| VACANT LAND (OTNFP) | 049451 | 126 | | 2.322 | | 293 |

Total Advance Premium $          318

Premium shown is payable*: $     318  at inception; $          1st Anniversary; $          2nd Anniversary

### FORMS AND ENDORSEMENTS

Forms and Endorsements applying to this Coverage Part and made part of this policy at time of issue † :
SEE ATTACHED SCHEDULE

Countersigned:*  1/25/2002          A 00816 THOMPSON INSURANCE, INC.
                                    By _____
                                         Authorized Representative

*Entry optional if shown in Common Policy Declarations,
† Forms and Endorsements applicable to this Coverage Part omitted if shown elsewhere in the policy.

THESE DECLARATIONS AND THE COMMON POLICY DECLARATIONS, IF APPLICABLE, TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE
FORM(S) AND FORMS AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.
Includes copyrighted material of Insurance Services Office, Inc. with its permission. Copyright, Insurance Services Office, Inc., 1982,1984.
GL DEC-(ED 1-91)                    FILE COPY

NAMED INSURED  MERRY CORNER, LLC                        POLICY NO. 00GLA63925
FORMS AND ENDORSEMENTS MADE PART OF THIS POLICY AT TIME OF ISSUE:

| | | | | |
|---|---|---|---|---|
| CG0001-0798 | CG0057-0999 | CG0060-0999 | CG2018-1185 | CG2147-0798 |
| CG2149-0999 | CG2160-0998 | CG2161-0498 | IL0003-0498 | IL0017-1198 |
| IL0021-0498 | PHCG21-6098 | PHCG21-6198 | | |

Countersigned:                              By _____
                                                Authorized Representative

COMMERCIAL GENERAL LIABILITY
CG 00 01 07 98

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section II - Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section V - Definitions.

## SECTION I - COVERAGES

## COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY

### 1. Insuring Agreement

a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

(1) The amount we will pay for damages is limited as described in Section III - Limits Of Insurance; and

(2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages A or B or medical expenses under Coverage C.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments - Coverages A and B.

b. This insurance applies to "bodily injury" and "property damage" only if:

(1) The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory"; and

(2) The "bodily injury" or "property damage" occurs during the policy period.

c. Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

### 2. Exclusions

This insurance does not apply to:

a. **Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

b. **Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

(1) That the insured would have in the absence of the contract or agreement; or

(2) Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

(a) Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

(b) Such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

### c. Liquor Liability

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

(1) Causing or contributing to the intoxication of any person;

(2) The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

(3) Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages.

### d. Workers' Compensation And Similar Laws

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

### e. Employer's Liability

"Bodily injury" to:

(1) An "employee" of the insured arising out of and in the course of:

(a) Employment by the insured; or

(b) Performing duties related to the conduct of the insured's business; or

(2) The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph (1) above.

This exclusion applies:

(1) Whether the insured may be liable as an employer or in any other capacity; and

(2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

### f. Pollution

(1) "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

(a) At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

(i) "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot from equipment used to heat that building;

(ii) "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

(b) At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

(c) Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for any insured or any person or organization for whom you may be legally responsible; or

Copyright, Insurance Services Office, Inc., 1997

CG 00 01 07 98    □

(d) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

   (i) "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

   (ii) "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

   (iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

(e) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

(2) Any loss, cost or expense arising out of any:

   (a) Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

   (b) Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

g. **Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion does not apply to:

(1) A watercraft while ashore on premises you own or rent;

(2) A watercraft you do not own that is:

   (a) Less than 26 feet long; and

   (b) Not being used to carry persons or property for a charge;

(3) Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

(4) Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

(5) "Bodily injury" or "property damage" arising out of the operation of any of the equipment listed in Paragraph f.(2) or f.(3) of the definition of "mobile equipment".

**h. Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

(1) The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

(2) The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

**i. War**

"Bodily injury" or "property damage" due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution. This exclusion applies only to liability assumed under a contract or agreement.

**j. Damage To Property**

"Property damage" to:

(1) Property you own, rent, or occupy;

(2) Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

(3) Property loaned to you;

(4) Personal property in the care, custody or control of the insured;

(5) That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

(6) That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs (1), (3) and (4) of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of 7 or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section III - Limits Of Insurance.

Paragraph (2) of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs (3), (4), (5) and (6) of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph (6) of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**k. Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**l. Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m. Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

(1) A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

(2) A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**n. Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

(1) "Your product";

(2) "Your work"; or

(3) "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**o. Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

Exclusions c. through n. do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section III - Limits Of Insurance.

    Copyright, Insurance Services Office, Inc., 1997    CG 00 01 07 98    □

## COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY

### 1. Insuring Agreement

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section III - Limits Of Insurance ; and

**(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments - Coverages **A** and **B**.

**b.** This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

### 2. Exclusions

This insurance does not apply to:

**a.** "Personal and advertising injury":

**(1)** Caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury";

**(2)** Arising out of oral or written publication of material, if done by or at the direction of the insured with knowledge of its falsity;

**(3)** Arising out of oral or written publication of material whose first publication took place before the beginning of the policy period;

**(4)** Arising out of a criminal act committed by or at the direction of any insured;

**(5)** For which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement;

**(6)** Arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement";

**(7)** Arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement";

**(8)** Arising out of the wrong description of the price of goods, products or services stated in your "advertisement";

**(9)** Committed by an insured whose business is advertising, broadcasting, publishing or telecasting. However, this exclusion does not apply to Paragraphs **14.a., b.** and **c.** of "personal and advertising injury" under the Definitions Section; or

**(10)** Arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**b.** Any loss, cost or expense arising out of any:

**(1)** Request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(2)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

## COVERAGE C MEDICAL PAYMENTS

### 1. Insuring Agreement

**a.** We will pay medical expenses as described below for "bodily injury" caused by an accident:

**(1)** On premises you own or rent;

**(2)** On ways next to premises you own or rent; or

**(3)** Because of your operations;

provided that:

**(1)** The accident takes place in the "coverage territory" and during the policy period;

**(2)** The expenses are incurred and reported to us within one year of the date of the accident; and

**(3)** The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

**b.** We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

  **(1)** First aid administered at the time of an accident;

  **(2)** Necessary medical, surgical, x-ray and dental services, including prosthetic devices; and

  **(3)** Necessary ambulance, hospital, professional nursing and funeral services.

**2. Exclusions**

We will not pay expenses for "bodily injury":

**a.** To any insured.

**b.** To a person hired to do work for or on behalf of any insured or a tenant of any insured.

**c.** To a person injured on that part of premises you own or rent that the person normally occupies.

**d.** To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

**e.** To a person injured while taking part in athletics.

**f.** Included within the "products-completed operations hazard".

**g.** Excluded under Coverage **A.**

**h.** Due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution.

**SUPPLEMENTARY PAYMENTS - COVERAGES A AND B**

**1.** We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

**a.** All expenses we incur.

**b.** Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

**c.** The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

**d.** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

**e.** All costs taxed against the insured in the "suit".

**f.** Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

**g.** All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

**2.** If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

**a.** The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

**b.** This insurance applies to such liability assumed by the insured;

**c.** The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

**d.** The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

**e.** The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

**f.** The indemnitee:

  **(1)** Agrees in writing to:

    **(a)** Cooperate with us in the investigation, settlement or defense of the "suit";

    **(b)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

    **(c)** Notify any other insurer whose coverage is available to the indemnitee; and

    **(d)** Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

    Copyright, Insurance Services Office, Inc., 1997    **CG 00 01 07 98**    □

(2) Provides us with written authorization to:

    (a) Obtain records and other information related to the "suit"; and

    (b) Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph **2.b.(2)** of Section I - Coverage A û Bodily Injury And Property Damage Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when:

**a.** We have used up the applicable limit of insurance in the payment of judgments or settlements; or

**b.** The conditions set forth above, or the terms of the agreement described in Paragraph **f.** above, are no longer met.

## SECTION II - WHO IS AN INSURED

1. If you are designated in the Declarations as:

    **a.** An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

    **b.** A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

    **c.** A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

    **d.** An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

2. Each of the following is also an insured:

    **a.** Your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" is an insured for:

      **(1)** "Bodily injury" or "personal and advertising injury":

        **(a)** To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), or to a co-"employee" while that co-"employee" is either in the course of his or her employment or performing duties related to the conduct of your business;

        **(b)** To the spouse, child, parent, brother or sister of that co-"employee" as a consequence of Paragraph **(1)(a)** above;

        **(c)** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraphs **(1)(a)** or **(b)** above; or

        **(d)** Arising out of his or her providing or failing to provide professional health care services.

      **(2)** "Property damage" to property:

        **(a)** Owned, occupied or used by,

        **(b)** Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by

        you, any of your "employees", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

    **b.** Any person (other than your "employee"), or any organization while acting as your real estate manager.

    **c.** Any person or organization having proper temporary custody of your property if you die, but only:

      **(1)** With respect to liability arising out of the maintenance or use of that property; and

      **(2)** Until your legal representative has been appointed.

 Copyright, Insurance Services Office, Inc., 1997  □

d. Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

3. With respect to "mobile equipment" registered in your name under any motor vehicle registration law, any person is an insured while driving such equipment along a public highway with your permission. Any other person or organization responsible for the conduct of such person is also an insured, but only with respect to liability arising out of the operation of the equipment, and only if no other insurance of any kind is available to that person or organization for this liability. However, no person or organization is an insured with respect to:

   a. "Bodily injury" to a co-"employee" of the person driving the equipment; or

   b. "Property damage" to property owned by, rented to, in the charge of or occupied by you or the employer of any person who is an insured under this provision.

4. Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

   a. Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

   b. Coverage A does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

   c. Coverage B does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

## SECTION III - LIMITS OF INSURANCE

1. The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

   a. Insureds;

   b. Claims made or "suits" brought; or

   c. Persons or organizations making claims or bringing "suits".

2. The General Aggregate Limit is the most we will pay for the sum of:

   a. Medical expenses under Coverage C;

   b. Damages under Coverage A, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

   c. Damages under Coverage B.

3. The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage A for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

4. Subject to 2. above, the Personal and Advertising Injury Limit is the most we will pay under Coverage B for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization.

5. Subject to 2. or 3. above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

   a. Damages under Coverage A; and

   b. Medical expenses under Coverage C

   because of all "bodily injury" and "property damage" arising out of any one "occurrence".

6. Subject to 5. above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage A for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

7. Subject to 5. above, the Medical Expense Limit is the most we will pay under Coverage C for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

Copyright, Insurance Services Office, Inc., 1997

CG 00 01 07 98          □

## SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS

### 1. Bankruptcy

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

### 2. Duties In The Event Of Occurrence, Offense, Claim Or Suit

**a.** You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

  **(1)** How, when and where the "occurrence" or offense took place;

  **(2)** The names and addresses of any injured persons and witnesses; and

  **(3)** The nature and location of any injury or damage arising out of the "occurrence" or offense.

**b.** If a claim is made or "suit" is brought against any insured, you must:

  **(1)** Immediately record the specifics of the claim or "suit" and the date received; and

  **(2)** Notify us as soon as practicable.

You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

**c.** You and any other involved insured must:

  **(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

  **(2)** Authorize us to obtain records and other information;

  **(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

  **(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

### 3. Legal Action Against Us

No person or organization has a right under this Coverage Part:

**a.** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

**b.** To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured obtained after an actual trial; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

### 4. Other Insurance

If other valid and collectible insurance is available to the insured for a loss we cover under Coverages A or B of this Coverage Part, our obligations are limited as follows:

**a. Primary Insurance**

This insurance is primary except when **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in **c.** below.

**b. Excess Insurance**

This insurance is excess over:

  **(1)** Any of the other insurance, whether primary, excess, contingent or on any other basis:

    **(a)** That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

    **(b)** That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

    **(c)** That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner; or

    **(d)** If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion **g.** of Section I - Coverage A - Bodily Injury And Property Damage Liability.

  **(2)** Any other primary insurance available to you covering liability for damages arising out of the premises or operations for which you have been added as an additional insured by attachment of an endorsement.

 Copyright, Insurance Services Office, Inc., 1997  ☐

When this insurance is excess, we will have no duty under Coverages **A** or **B** to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

**(1)** The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

**(2)** The total of all deductible and self-insured amounts under all that other insurance.

We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

**c. Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**5. Premium Audit**

**a.** We will compute all premiums for this Coverage Part in accordance with our rules and rates.

**b.** Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period. Audit premiums are due and payable on notice to the first Named Insured. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

**c.** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**6. Representations**

By accepting this policy, you agree:

**a.** The statements in the Declarations are accurate and complete;

**b.** Those statements are based upon representations you made to us; and

**c.** We have issued this policy in reliance upon your representations.

**7. Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom claim is made or "suit" is brought.

**8. Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**9. When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

**SECTION V - DEFINITIONS**

**1.** "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters.

**2.** "Auto" means a land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment. But "auto" does not include "mobile equipment".

**3.** "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

**4.** "Coverage territory" means:

**a.** The United States of America (including its territories and possessions), Puerto Rico and Canada;



b. International waters or airspace, provided the injury or damage does not occur in the course of travel or transportation to or from any place not included in **a.** above; or

c. All parts of the world if:

(1) The injury or damage arises out of:

(a) Goods or products made or sold by you in the territory described in **a.** above; or

(b) The activities of a person whose home is in the territory described in **a.** above, but is away for a short time on your business; and

(2) The insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in **a.** above or in a settlement we agree to.

5. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

6. "Executive officer" means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

7. "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

8. "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

a. It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

b. You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by:

a. The repair, replacement, adjustment or removal of "your product" or "your work"; or

b. Your fulfilling the terms of the contract or agreement.

9. "Insured contract" means:

a. A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

b. A sidetrack agreement;

c. Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

d. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

e. An elevator maintenance agreement;

f. That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph **f.** does not include that part of any contract or agreement:

(1) That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

(2) That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

(a) Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

(b) Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

(3) Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **(2)** above and supervisory, inspection, architectural or engineering activities.

10. "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

11. "Loading or unloading" means the handling of property:

a. After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

b. While it is in or on an aircraft, watercraft or "auto"; or

c. While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

12. "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

a. Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

b. Vehicles maintained for use solely on or next to premises you own or rent;

c. Vehicles that travel on crawler treads;

d. Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

   (1) Power cranes, shovels, loaders, diggers or drills; or

   (2) Road construction or resurfacing equipment such as graders, scrapers or rollers;

e. Vehicles not described in **a.**, **b.**, **c.** or **d.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

   (1) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

   (2) Cherry pickers and similar devices used to raise or lower workers;

f. Vehicles not described in **a.**, **b.**, **c.** or **d.** above maintained primarily for purposes other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

   (1) Equipment designed primarily for:

      (a) Snow removal;

      (b) Road maintenance, but not construction or resurfacing; or

      (c) Street cleaning;

   (2) Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

   (3) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

13. "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

14. "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

a. False arrest, detention or imprisonment;

b. Malicious prosecution;

c. The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

d. Oral or written publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

e. Oral or written publication of material that violates a person's right of privacy;

f. The use of another's advertising idea in your "advertisement"; or

g. Infringing upon another's copyright, trade dress or slogan in your "advertisement".

15. "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

16. "Products-completed operations hazard":

a. Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

   (1) Products that are still in your physical possession; or

   (2) Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

      (a) When all of the work called for in your contract has been completed.

      (b) When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

      (c) When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

   Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

Copyright, Insurance Services Office, Inc., 1997
CG 00 01 07 98    □

**b.** Does not include "bodily injury" or "property damage" arising out of:

   **(1)** The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

   **(2)** The existence of tools, uninstalled equipment or abandoned or unused materials; or

   **(3)** Products or operations for which the classification, listed in the Declarations or in a policy schedule, states that products-completed operations are subject to the General Aggregate Limit.

**17.** "Property damage" means:

  **a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

  **b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

**18.** "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

  **a.** An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

  **b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

**19.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**20.** "Your product" means:

  **a.** Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

   **(1)** You;

   **(2)** Others trading under your name; or

   **(3)** A person or organization whose business or assets you have acquired; and

  **b.** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

"Your product" includes:

  **a.** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

  **b.** The providing of or failure to provide warnings or instructions.

"Your product" does not include vending machines or other property rented to or located for the use of others but not sold.

**21.** "Your work" means:

  **a.** Work or operations performed by you or on your behalf; and

  **b.** Materials, parts or equipment furnished in connection with such work or operations.

"Your work" includes:

  **a.** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

  **b.** The providing of or failure to provide warnings or instructions.

 Copyright, Insurance Services Office, Inc., 1997 □

COMMERCIAL GENERAL LIABILITY
CG 00 57 09 99

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF INSURING AGREEMENT – KNOWN INJURY OR DAMAGE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART (OCCURRENCE VERSION)

Paragraph 1. **Insuring Agreement** of Section I – Coverage A – Bodily Injury And Property Damage Liability is replaced by the following:

**1. Insuring Agreement**

a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

   (1) The amount we will pay for damages is limited as described in Section III – Limits Of Insurance; and

   (2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages A or B or medical expenses under Coverage C.

   No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages A and B.

b. This insurance applies to "bodily injury" and "property damage" only if:

   (1) The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

   (2) The "bodily injury" or "property damage" occurs during the policy period; and

   (3) Prior to the policy period, no insured listed under Paragraph 1. of Section II – Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

c. "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph 1. of Section II – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

d. "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph 1. of Section II – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

   (1) Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

   (2) Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

   (3) Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

e. Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

Copyright, Insurance Services Office, Inc., 1998

COMMERCIAL GENERAL LIABILITY
CG 00 60 09 99

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF INSURING AGREEMENT - KNOWN INJURY OR DAMAGE

This endorsement modifies insurance provided under the following:

PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART (OCCURRENCE VERSION)

Paragraph **1. Insuring Agreement** of **Section I - Coverages** is replaced by the following:

**1. Insuring Agreement**

a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" included within the "products-completed operations hazard" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

   (1) The amount we will pay for damages is limited as described in Section III - Limits Of Insurance; and

   (2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements.

   No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments.

b. This insurance applies to "bodily injury" and "property damage" only if:

   (1) The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

   (2) The "bodily injury" or "property damage" occurs during the policy period; and

   (3) Prior to the policy period, no insured listed under Paragraph **1.** of Section II - Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

c. "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph **1.** of Section II - Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

d. "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph 1. of Section II - Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

   (1) Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

   (2) Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

   (3) Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

e. Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

Copyright, Insurance Services Office, Inc., 1998
☐

POLICY NUMBER: 00GLA63925                          **COMMERCIAL GENERAL LIABILITY**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED -
# MORTGAGEE, ASSIGNEE, OR RECEIVER

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

**Name of Person or Organization:**
STERLING BANK

**Designation of Premises:**
CORNER OF VAUGHN & PIKE ROAD
MONTGOMERY, AL 36117

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

1. WHO IS AN INSURED (Section II) is amended to include as an insured the person(s) or organization(s) shown in the Schedule but only with respect to their liability as mortgagee, assignee, or receiver and arising out of the ownership, maintenance, or use of the premises by you and shown in the Schedule.

2. This insurance does not apply to structural alterations, new construction and demolition operations performed by or for that person or organization.

COMMERCIAL GENERAL LIABILITY
CG 21 47 07 98

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EMPLOYMENT-RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2.,** Exclusions of Section I - Coverage A - Bodily Injury And Property Damage Liability:

This insurance does not apply to:

"Bodily injury" to:

   (1) A person arising out of any:

      (a) Refusal to employ that person;

      (b) Termination of that person's employment; or

      (c) Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

   (2) The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraphs **(a), (b),** or **(c)** above is directed.

This exclusion applies:

   (1) Whether the insured may be liable as an employer or in any other capacity; and

   (2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**B.** The following exclusion is added to Paragraph **2.,** Exclusions of Section I - Coverage B - Personal And Advertising Injury Liability:

This insurance does not apply to:

"Personal and advertising injury" to:

   (1) A person arising out of any:

      (a) Refusal to employ that person;

      (b) Termination of that person's employment; or

      (c) Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

   (2) The spouse, child, parent, brother or sister of that person as a consequence of "personal and advertising injury" to that person at whom any of the employment-related practices described in Paragraphs **(a), (b),** or **(c)** above is directed.

This exclusion applies:

   (1) Whether the insured may be liable as an employer or in any other capacity; and

   (2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

COMMERCIAL GENERAL LIABILITY
CG 21 49 09 99

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# TOTAL POLLUTION EXCLUSION ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

Exclusion **f.** under Paragraph **2., Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability** is replaced by the following:

This insurance does not apply to:

**f. Pollution**

(1) "Bodily injury" or "property damage" which would not have occurred in whole or part but for the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

(2) Any loss, cost or expense arising out of any:

(a) Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants"; or

(b) Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

COMMERCIAL GENERAL LIABILITY
CG 21 60 09 98

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - YEAR 2000 COMPUTER-RELATED AND OTHER ELECTRONIC PROBLEMS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph **2., Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability** and Paragraph **2., Exclusions** of **Section I - Coverage B - Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to "bodily injury", "property damage", "personal injury" or "advertising injury" (or "personal and advertising injury" if defined as such in your policy) arising directly or indirectly out of:

**a.** Any actual or alleged failure, malfunction or inadequacy of:

  **(1)** Any of the following, whether belonging to any insured or to others:

    **(a)** Computer hardware, including microprocessors;

    **(b)** Computer application software;

    **(c)** Computer operating systems and related software;

    **(d)** Computer networks;

    **(e)** Microprocessors (computer chips) not part of any computer system; or

    **(f)** Any other computerized or electronic equipment or components; or

  **(2)** Any other products, and any services, data or functions that directly or indirectly use or rely upon, in any manner, any of the items listed in Paragraph 2.a.(1) of this endorsement

  due to the inability to correctly recognize, process, distinguish, interpret or accept the year 2000 and beyond.

**b.** Any advice, consultation, design, evaluation, inspection, installation, maintenance, repair, replacement or supervision provided or done by you or for you to determine, rectify or test for, any potential or actual problems described in Paragraph **2.a.** of this endorsement.

CG 21 60 09 98              Copyright, Insurance Services Office, Inc., 1998              **Page 1 of 1**    □

COMMERCIAL GENERAL LIABILITY
CG 21 61 04 98

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – YEAR 2000 COMPUTER-RELATED AND OTHER ELECTRONIC PROBLEMS – PRODUCTS/COMPLETED OPERATIONS

This endorsement modifies insurance provided under the following:.

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

The following exclusion is added to Paragraph **2., Exclusions** of **Section I – Bodily Injury And Property Damage Liability:**

**2. Exclusions**

This insurance does not apply to "bodily injury" or "property damage" included in the "products-completed operations hazard" definition and arising directly or indirectly out of:

**a.** Any actual or alleged failure, malfunction or inadequacy of:

**(1)** Any of the following, whether belonging to any insured or to others:

**(a)** Computer hardware, including micro-processors;

**(b)** Computer application software;

**(c)** Computer operating systems and related software;

**(d)** Computer networks;

**(e)** Microprocessors (computer chips) not part of any computer system; or

**(f)** Any other computerized or electronic equipment or components; or

**(2)** Any other products, and any services, data or functions that directly or indirectly use or rely upon, in any manner, any of the items listed in Paragraph 2.a.(1) of this endorsement

due to the inability to correctly recognize, process, distinguish, interpret or accept the year 2000 and beyond.

**b.** Any advice, consultation, design, evaluation, inspection, installation, maintenance, repair, replacement or supervision provided or done by you or for you to determine, rectify or test for, any potential or actual problems described in Paragraph 2.a. of this endorsement.

CG 21 61 04 98            Copyright, Insurance Services Office, Inc., 1997                       □

**INTERLINE**
**IL 00 03 04 98**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# CALCULATION OF PREMIUM

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
BUSINESSOWNERS POLICY
COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL CRIME COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
PROFESSIONAL LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
SPECIAL PROTECTIVE AND HIGHWAY LIABILITY POLICY - NEW YORK

The following is added:

The premium shown in the Declarations was computed based on rates in effect at the time the policy was issued. On each renewal, continuation, or anniversary of the effective date of this policy, we will compute the premium in accordance with our rates and rules then in effect.

**IL 00 03 04 98**        Copyright, Insurance Services Office, Inc., 1997        **Page 1 of 1**    □

IL 00 17 11 98

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

## A. Cancellation

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

## B. Changes

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

## C. Examination Of Your Books And Records

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## D. Inspections And Surveys

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs 1. and 2. of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph 2. of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

## E. Premiums

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

## F. Transfer Of Your Rights And Duties Under This Policy

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

INTERLINE
IL 00 21 04 98

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT
### (Broad Form)

This endorsement modifies insurance provided under the following:

**BUSINESS OWNERS POLICY
COMMERCIAL AUTO COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
PROFESSIONAL LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
SPECIAL PROTECTIVE AND HIGHWAY LIABILITY POLICY NEW YORK DEPARTMENT OF
TRANSPORTATION
UNDERGROUND STORAGE TANK POLICY**

1. The insurance does not apply:

    A. Under any Liability Coverage, to "bodily injury" "property damage":

       (1) With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

       (2) Resulting from the "hazardous properties" of "nuclear material" and with respect to which (a) any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or (b) "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, with any person or organization.

    B. Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

    C. Under any Liability Coverage, to "bodily injury or "property damage" resulting from "hazardous properties" of "nuclear material", if:

       (1) The "nuclear material" (a) is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or (b) has been discharged or dispersed therefrom;

       (2) The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

       (3) The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion (3) applies only to "property damage" to such "nuclear facility" and any property thereat.

2. As used in this endorsement:

    "Hazardous properties" includes radioactive, toxic or explosive properties.  "Nuclear material" means "source material", "Special nuclear material" or "by-product material".

    Copyright, Insurance Services Office, Inc., 1997

"Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

"Waste" means any waste material (a) containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and (b) resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:
  (a)  Any "nuclear reactor";
  (b)  Any equipment or device designed or used for (1) separating the isotopes of uranium or plutonium, (2) processing or utilizing "spent fuel", or (3) handling, processing or packaging "waste";

  (c)  Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

  (d)  Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

    Copyright, Insurance Services Office, Inc., 1997    IL 00 21 04 98

**POLICYHOLDER NOTIFICATION**
**YEAR 2000 PROBLEM AND YOUR INSURANCE COVERAGE**
*CG2160 04 98*
*Exclusion - Year 2000 Computer-Related and Other Electronic Problems*

THIS NOTICE DOES NOT CHANGE YOUR POLICY.  **PLEASE READ YOUR POLICY CAREFULLY** FOR COMPLETE INFORMATION ON THE COVERAGE YOU ARE PROVIDED AND TO DETERMINE YOUR RIGHTS AND DUTIES. ONLY THE PROVISIONS OF YOUR POLICY DETERMINE THE SCOPE OF YOUR INSURANCE PROTECTION. IF THERE IS ANY CONFLICT BETWEEN THE POLICY AND THIS SUMMARY, <u>THE PROVISIONS OF THE POLICY SHALL PREVAIL.</u>

THIS NOTICE HAS BEEN PREPARED IN CONJUNCTION WITH THE ATTACHMENT OF THE ABOVE REFERENCED FORM TO YOUR POLICY. PLEASE NOTE THAT THIS EXCLUSION ENDORSEMENT IS <u>NOT A REDUCTION</u> IN COVERAGE PROVIDED UNDER THE EXISTING POLICY FORMS.  THIS ENDORSEMENT IS ATTACHED TO CLARIFY COVERAGE PROVIDED BY THE EXISTING FORMS IN THE EVENT OF A LOSS AS A RESULT OF A DATE RELATED INCIDENT.

Many computer systems and electronic products have been programmed to process dates using a two-digit field for the year.  The first two digits of the year are assumed to be "19".  Hence when you input "98" in the year field it reads 1998.  When the year 2000 arrives, it will only read the 00 and may assume the year is 1900.  This may cause a malfunction of the product.

The impact of the exposure to your individual business can only be properly determined by your own actions.  Your systems need to be analyzed to verify they are year 2000 compatible.  You also need to verify with your major suppliers that they are ready for the new millennium to avoid the potential of not having the needed supplies to provide service to your customers.  It may be prudent to consult a professional.

The attachment of the above referenced endorsement serves as a clarification of the total exclusion of any loss your business may incur as a result of the year 2000.  Although the endorsement uses exclusionary wording, it does not change the coverage intent of our policy.  Rather the exclusion is a precaution against any unexpected interpretations of the insuring agreement language which would result in coverage for year 2000 computer related failures.

Other insurance options may be available concerning the exposure to date related incidents such as the year 2000.  Consult your independent agent for more information concerning these options.

PHCG216098

**POLICYHOLDER NOTIFICATION**
**YEAR 2000 PROBLEM AND YOUR INSURANCE COVERAGE**
*CG2161 04 98*
*Exclusion - Year 2000 Computer-Related and Other Electronic Problems -*
*Products/Completed Operations*

THIS NOTICE DOES NOT CHANGE YOUR POLICY. **PLEASE READ YOUR POLICY CAREFULLY** FOR COMPLETE INFORMATION ON THE COVERAGE YOU ARE PROVIDED AND TO DETERMINE YOUR RIGHTS AND DUTIES. ONLY THE PROVISIONS OF YOUR POLICY DETERMINE THE SCOPE OF YOUR INSURANCE PROTECTION. IF THERE IS ANY CONFLICT BETWEEN THE POLICY AND THIS SUMMARY, THE PROVISIONS OF THE POLICY SHALL PREVAIL.

THIS NOTICE HAS BEEN PREPARED IN CONJUNCTION WITH THE ATTACHMENT OF THE ABOVE REFERENCED FORM TO YOUR POLICY. PLEASE NOTE THAT THIS EXCLUSION ENDORSEMENT IS NOT A REDUCTION IN COVERAGE PROVIDED UNDER THE EXISTING POLICY FORMS. THIS ENDORSEMENT IS ATTACHED TO CLARIFY COVERAGE PROVIDED BY THE EXISTING FORMS IN THE EVENT OF A LOSS AS A RESULT OF A DATE RELATED INCIDENT.

Many computer systems and electronic products have been programmed to process dates using a two-digit field for the year. The first two digits of the year are assumed to be "19". Hence when you input "98" in the year field it reads 1998. When the year 2000 arrives, it will only read the 00 and may assume the year is 1900. This may cause a malfunction of the product.

The impact of the exposure to your individual business can only be properly determined by your own actions. Your systems need to be analyzed to verify they are year 2000 compatible. You also need to verify with your major suppliers that they are ready for the new millennium to avoid the potential of not having the needed supplies to provide service to your customers. It may be prudent to consult a professional.

The attachment of the above referenced endorsement serves as a clarification of the total exclusion of any loss your business may incur as a result of the year 2000. Although the endorsement uses exclusionary wording, it does not change the coverage intent of our policy. Rather the exclusion is a precaution against any unexpected interpretations of the insuring agreement language which would result in coverage for year 2000 computer related failures.

Other insurance options may be available concerning the exposure to date related incidents such as the year 2000. Consult your independent agent for more information concerning these options.

PHCG216198

# SOUTHERN GUARANTY INSURANCE COMPANIES

Coverage Provided by Southern Guaranty Insurance Company

**COMMERCIAL GENERAL LIABILITY**
**DECLARATIONS**

Named Insured and Mailing Address
MERRY CORNER, LLC
2531 B BELL RD
MONTGOMERY        AL 36117

Policy No. 00GLA63925

Policy Period *: From 01/18/2003 to 01/18/2004
         at 12:01 A.M. Standard Time at your mailing address shown above.

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY,
WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

## LIMITS OF INSURANCE

| | |
|---|---|
| General Aggregate Limit (Other Than Products — Completed Operations) | $ 2000000 |
| Products — Completed Operations Aggregate Limit | $ 2000000 |
| Personal and Advertising Injury Limit | $ 1000000 |
| Each Occurrence Limit | $ 1000000 |
| Fire Damage Limit | $ 100000 Any One Fire |
| Medical Expense Limit | $ 5000 Any One Person |

## RETROACTIVE DATE (CG 00 02 only)

Coverage A of this Insurance does not apply to "bodily injury" or "property damage" which occurs before the Retroactive Date, if any, shown here:    NONE

(Enter Date or "None" if no Retroactive Date applies)

## DESCRIPTION OF BUSINESS AND LOCATION OF PREMISES

Form of Business:     ALL OTHER
☐  Individual   ☐  Joint Venture  ☐  Partnership   ☒  Organization (Other than Partnership or Joint Venture)
Business Description*:
VACANT LAND

Location of All Premises You Own, Rent or Occupy:
001    CORNER OF VAUGHN & PIKE ROAD   MONTGOMERY, AL 36117

## PREMIUM

| Classification | Code No. | Premium Basis | Rate Pr/Co | Rate All Other | Advance Premium Pr/Co | Advance Premium All Other |
|---|---|---|---|---|---|---|
| ADDITIONAL INSURED | 049950 | 1 | | 25.000 | $ | $ 25 |
| VACANT LAND (OTNFP) | 049451 | 126 | | 2.671 | | 337 |

Total Advance Premium $        362

Premium shown is payable*: $     362  at inception; $              1st Anniversary; $              2nd Anniversary

## FORMS AND ENDORSEMENTS

Forms and Endorsements applying to this Coverage Part and made part of this policy at time of issue † :
SEE ATTACHED SCHEDULE

Countersigned:*  1/06/2003         A 00816 THOMPSON INSURANCE, INC.
                                   By _____
                                          Authorized Representative    *

*Entry optional if shown in Common Policy Declarations,
† Forms and Endorsements applicable to this Coverage Part omitted if shown elsewhere in the policy.

THESE DECLARATIONS AND THE COMMON POLICY DECLARATIONS, IF APPLICABLE, TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE FORM(S) AND FORMS AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.
Includes copyrighted material of Insurance Services Office, Inc., with its permission. Copyright, Insurance Services Office, Inc., 1982,1984.
GL DEC-(ED 1-91)                    FILE COPY

NAMED INSURED   MERRY CORNER, LLC                    POLICY NO. 00GLA63925
FORMS AND ENDORSEMENTS MADE PART OF THIS POLICY AT TIME OF ISSUE:

| CG0001-0798 | CG0057-0999 | CG0060-0999 | CG2018-1185 | CG2147-0798 |
| CG2149-0999 | CG2160-0998 | CG2161-0498 | IL0003-0498 | IL0017-1198 |
| IL0021-0498 | PHCG21-6098 | PHCG21-6198 | | |

Countersigned:                           By _____
                                              Authorized Representative

# SOUTHERN GUARANTY INSURANCE COMPANIES

Coverage Provided by Southern Guaranty Insurance Company

## COMMERCIAL GENERAL LIABILITY
## DECLARATIONS

Named Insured and Mailing Address          Policy No. 00GLA63925
MERRY CORNER, LLC
2531 B BELL RD
MONTGOMERY        AL 36117          CHANGE EFFECTIVE    11/26/2003
                                   CHANGE PREMIUM          $78.00

Policy Period *: From 01/18/2003 to 01/18/2004
          at 12:01 A.M. Standard Time at your mailing address shown above.

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY,
WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

### LIMITS OF INSURANCE

| | |
|---|---|
| General Aggregate Limit (Other Than Products — Completed Operations) | $ 2000000 |
| Products— Completed Operations Aggregate Limit | $ 2000000 |
| Personal and Advertising Injury Limit | $ 1000000 |
| Each Occurrence Limit | $ 1000000 |
| Fire Damage Limit | $ 100000 Any One Fire |
| Medical Expense Limit | $ 5000 Any One Person |

### RETROACTIVE DATE (CG 00 02 only)

Coverage A of this Insurance does not apply to "bodily injury" or "property damage" which occurs before the Retroactive
Date, if any, shown here:    NONE

                                   (Enter Date or "None" if no Retroactive Date applies)

### DESCRIPTION OF BUSINESS AND LOCATION OF PREMISES

Form of Business:      ALL OTHER
☐ Individual    ☐ Joint Venture  ☐ Partnership    ☒ Organization (Other than Partnership or Joint Venture)
Business Description*:
VACANT LAND

Location of All Premises You Own, Rent or Occupy:
001    CORNER OF VAUGHN & PIKE ROAD   MONTGOMERY, AL 36117

### PREMIUM

| Classification | Code No. | Premium Basis | Rate Pr/Co | Rate All Other | Advance Premium Pr/Co | Advance Premium All Other |
|---|---|---|---|---|---|---|
| ADDITIONAL INSURED | 049950 | 1 | | 25.000 | $ | $ 25 |
| LAKES OR RESERVOIRS (OTN | 045523 | 1 | | 290.231 | | 290 |
| REAL ESTATE DEVELOPMENT | 047051 | 30 | | 13.815 | | 414 |
| VACANT LAND (OTNFP) | 049451 | 64 | | 2.671 | | 171 |

                          Total Advance Premium $        900

Premium shown is payable*: $    900 at inception; $      1st Anniversary; $         2nd Anniversary

### FORMS AND ENDORSEMENTS

Forms and Endorsements applying to this Coverage Part and made part of this policy at time of issue † :
SEE ATTACHED SCHEDULE

Countersigned:*  1/27/2004          A 00816 THOMPSON INSURANCE, INC.
                                 By _____    *
                                            Authorized Representative

*Entry optional if shown in Common Policy Declarations,
† Forms and Endorsements applicable to this Coverage Part omitted if shown elsewhere in the policy.

THESE DECLARATIONS AND THE COMMON POLICY DECLARATIONS, IF APPLICABLE, TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE
FORM(S) AND FORMS AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.
                Includes copyrighted material of Insurance Services Office, Inc., with its permission. Copyright, Insurance Services Office, Inc., 1982,1984.
GL DEC-(ED 1-91)                        FILE COPY

NAMED INSURED   MERRY CORNER, LLC                    POLICY NO. 00GLA63925
FORMS AND ENDORSEMENTS MADE PART OF THIS POLICY AT TIME OF ISSUE:

| | | | | |
|---|---|---|---|---|
| CG0001-0798 | CG0057-0999 | CG0060-0999 | CG2018-1185 | CG2147-0798 |
| CG2149-0999 | CG2160-0998 | CG2161-0498 | IL0003-0498 | IL0017-1198 |
| IL0021-0498 | PHCG21-6098 | PHCG21-6198 | | |

Countersigned:                            By _____
                                             Authorized Representative

MERRY CORNER, LLC

2531 B BELL RD

MONTGOMERY          AL   36117

AGENT 00816
THOMPSON INSURANCE, INC.


POLICY NUMBER 00GLA63925   INCEPTION DATE  1/18/2003   CHANGE DATE 11/26/2003

THE ATTACHED DECLARATIONS PAGE IS THE RESULT OF THE FOLLOWING CHANGE(S) TO YOUR
POLICY:


Location Changed: CORNER OF VAUGHN & PIKE ROAD  Building 001.
    PREMISES OPS MANUAL Class 045523 Rating Information Added.
    PREMISES OPS MANUAL Class 047051 Rating Information Added.
    PREMISES OPS MANUAL Class 049451 Rating Information Changed.
        Exposure Changed.

# SOUTHERN GUARANTY INSURANCE COMPANIES

Coverage Provided by Southern Guaranty Insurance Company

## COMMERCIAL GENERAL LIABILITY
## DECLARATIONS

Named Insured and Mailing Address          Policy No. 00GLA63925
MERRY CORNER, LLC
2531 B BELL RD
MONTGOMERY          AL 36117

Policy Period *: From 01/18/2004 to 01/18/2005
at 12:01 A.M. Standard Time at your mailing address shown above.

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY,
WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

## LIMITS OF INSURANCE

| | |
|---|---|
| General Aggregate Limit (Other Than Products — Completed Operations) | $ 2000000 |
| Products — Completed Operations Aggregate Limit | $ 2000000 |
| Personal and Advertising Injury Limit | $ 1000000 |
| Each Occurrence Limit | $ 1000000 |
| Fire Damage Limit | $ 100000 Any One Fire |
| Medical Expense Limit | $ 5000 Any One Person |

## RETROACTIVE DATE (CG 00 02 only)

Coverage A of this Insurance does not apply to "bodily injury" or "property damage" which occurs before the Retroactive
Date, if any, shown here:     NONE

(Enter Date or "None" if no Retroactive Date applies)

## DESCRIPTION OF BUSINESS AND LOCATION OF PREMISES

Form of Business:      ALL OTHER
☐ Individual    ☐ Joint Venture    ☐ Partnership    ☒ Organization (Other than Partnership or Joint Venture)
Business Description*:
VACANT LAND

Location of All Premises You Own, Rent or Occupy:
001    CORNER OF VAUGHN & PIKE ROAD    MONTGOMERY, AL 36117

## PREMIUM

| Classification | Code No. | Premium Basis | Rate Pr/Co | Rate All Other | Advance Premium Pr/Co | Advance Premium All Other |
|---|---|---|---|---|---|---|
| ADDITIONAL INSURED | 049950 | 1 | 25.000 | $ | $ | 25 |
| VACANT LAND (OTNFP) | 049451 | 126 | | 3.072 | | 387 |
| CERTIFIED ACTS-TERRORISM | 022222 | 412 | | | | 4 |

Total Advance Premium $          416

## FORMS AND ENDORSEMENTS

Forms and Endorsements applying to this Coverage Part and made part of this policy at time of issue † :
SEE ATTACHED SCHEDULE

Countersigned:* 11/12/2003          A 00816 THOMPSON INSURANCE, INC.
                                    By _____
                                          Authorized Representative          *

*Entry optional if shown in Common Policy Declarations,
† Forms and Endorsements applicable to this Coverage Part omitted if shown elsewhere in the policy.
THESE DECLARATIONS AND THE COMMON POLICY DECLARATIONS, IF APPLICABLE, TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE
FORM(S) AND FORMS AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.
Includes copyrighted material of Insurance Services Office, Inc., with its permission. Copyright, Insurance Services Office, Inc., 1982,1984.
GL DEC-(ED 1-91)                    FILE COPY

```
NAMED INSURED   MERRY CORNER, LLC                    POLICY NO. 00GLA63925
FORMS AND ENDORSEMENTS MADE PART OF THIS POLICY AT TIME OF ISSUE:
```

| CG0001-0798 | CG0057-0999 | CG0060-0999 | CG2018-1185 | CG2147-0798 |
| CG2149-0999 | CG2160-0998 | CG2161-0498 | CG2167-0402 | IL0003-0498 |
| IL0017-1198 | IL0021-0498 | PHCG21-6098 | PHCG21-6198 | SG1159-0103 |

Countersigned:                          By _____
                                           Authorized Representative

00GLA63925

# GENERAL LIABILITY

# NOTICE TO POLICYHOLDERS

# RESTRICTIONS AND CLARIFICATIONS OF COVERAGE

## CL-2001-OMOFR -FUNGI OR BACTERIA ENDORSEMENTS

This notice has been prepared in con junction with the implementation of changes to your policy. It contains a brief synopsis of any significant restrictions and clarifications of coverage that were made in each policy form and endorsement.

Please read your policy, and the endorsements attached to your policy, carefully.

## CG 21 67 04 02 - Fungi or Bacteria Exclusion (Commercial General Liability Coverage Part)

When this endorsement is attached to your policy:

- coverage is restricted to exclude bodily in jury or property damage arising, directly or indirectly, out of any fungi, including but not limited to mold, or bacteria on or in a building or structure. This exclusion applies whether or not any other cause, event, material or product contributed in any sequence to the in jury or damage.

- coverage is clarified to exclude personal and advertising in jury arising, directly or indirectly, out of any fungi, including but not limited to mold, or bacteria on or in a building or structure. This exclusion applies whether or not any other cause, event, material or product contributed in any sequence to the in jury.

- coverage is restricted to exclude clean-up costs associated with fungi or bacteria.

The exclusion does not apply to fungi or bacteria intended for consumption, such as mushrooms.

## CG 31 31 04 02 -Fungi or Bacteria Exclusion (Owners and Contractors Protective Liability Coverage Part and Products/Completed Operations Coverage Part)

When this endorsement is attached to your policy:

- coverage is restricted to exclude bodily in jury or property damage arising, directly or indirectly, out of any fungi, including but not limited to mold, or bacteria on or in a building or structure. This exclusion applies whether or not any other cause, event, material or product contributed in any sequence to the in jury or damage.

© ISO Properties, Inc., 2002

00GLA63925

- coverage is restricted to exclude clean-up costs associated with fungi or bacteria.

The exclusion does not apply to fungi or bacteria intended for consumption, such as mushrooms.

## CG 24 25 04 02 - Limited Fungi or Bacteria Coverage (CGL)

When this endorsement is attached to your policy:

- coverage currently provided by your policy for bodily in jury or property damage arising, directly or indirectly, out of any fungi, including but not limited to mold, or bacteria on or in a building or structure is no w subject to a specific aggregate limit, which is subject to and may be less than the current policy limits.

- coverage is clarified to exclude personal and advertising in jury arising, directly or indirectly, out of any fungi, including but not limited to mold, or bacteria on or in a building or structure. This exclusion applies whether or not any other cause, event, material or product contributed in any sequence to the in jury and applies to clean up costs.

## CG 31 32 04 02 - Limited Fungi or Bacteria Coverage (OCP and Products/Completed Operations Policy)

When this endorsement is attached to your policy, coverage currently provided by your policy for bodily in jury or property damage arising, directly or indirectly, out of any fungi, including but not limited to mold, or bacteria on or in a building or structure is no w subject to a specific aggregate limit, which is subject to and may be less than the current policy limits.

© ISO Properties, Inc., 2002

POLICY OOGLA63925

MERRY CORNER, LLC

2531 B BELL RD
[Named Insured]
MONTGOMERY AL 36117

11/11/2003
[Agency Name and Number]
JOHN G. THOMPSON INSURANCE, INC.
[Agent's Phone Number]
(334) 277-8899

## DISCLOSURE NOTICE - APPLICANT OR POLICYHOLDER TERRORISM INSURANCE COVERAGE

### <u>CL2003PHTM</u>

Coverage for acts of terrorism is included in your policy or premium quotation. You should know that any losses caused by certified acts of terrorism would be partially reimbursed by the United States under a formula established by the Terrorism Risk Insurance Act of 2002. Under this formula, the United States pays 90% of covered terrorism losses exceeding the statutorily established deductible paid by the insurance company providing the coverage.

LIMITATION ON PAYMENT OF TERRORISM LOSSES (applies to policies which cover terrorism losses insured under the federal program, including those which only cover fire losses)

The provisions of the Terrorism Risk Insurance Act of 2002 can limit our maximum liability for payment of losses from certified acts of terrorism. That determination will be based on a formula set forth in the law involving the national total of federally insured terrorism losses in an annual period and individual insurer participation in payment of such losses. If one or more certified acts of terrorism in an annual period causes the maximum liability for payment of losses from certified acts of terrorism to be reached, and we have satisfied our required level of payments under the law, then we will not pay for the portion of such losses above that maximum. However, that is subject to possible change at that time, as

Congress may, under the Act, determine that payments above the cap will be made.

FILE COPY

The premium that is attributable to coverage for acts of terrorism coverage is as follows:

$ _____ N/A _____ Commercial Property Coverage Part

$ _____ 4.00 _____ Commercial General Liability Coverage Part

$ _____ N/A _____ Commercial Liability Umbrella Coverage Part

$ _____ N/A _____ Business Auto Coverage Part

$ _____ N/A _____ Business Owners Coverage Part

$ _____ N/A _____ Garage Coverage Part

$ _____ N/A _____ Commercial Crime Coverage Part

$ _____ N/A _____ Commercial Inland Marine Coverage Part

Some of the premium shown above could be subject to audit and will be collectible along with the other premiums.

If you should have any questions regarding this notice, please contact your independent insurance agent representing the Southern Guaranty Insurance Companies.

FILE COPY

COMMERCIAL GENERAL LIABILITY
CG 21 67 04 02

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FUNGI OR BACTERIA EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2.,** Exclusions of **Section I - Coverage A - Bodily Injury And Property Damage Liability:**

**2. Exclusions**

This insurance does not apply to:

**Fungi or Bacteria**

**a.** "Bodily injury" or "property damage" which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

**b.** Any loss, cost or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

This exclusion does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for consumption.

**B.** The following exclusion is added to Paragraph **2.,** Exclusions of **Section I - Coverage B - Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Fungi or Bacteria**

**a.** "Personal and advertising injury" which would not have taken place, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury.

**b.** Any loss, cost or expense arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

**C.** The following definition is added to the **Definitions** Section:

"Fungi" means any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents or byproducts produced or released by fungi.

© ISO Properties, Inc., 2001

00GLA63925

The premium that is attributable to coverage for acts of terrorism coverage is as follows:

$ _____ Commercial Property Coverage Part

$ _____ Commercial General Liability Coverage Part

$ _____ Commercial Liability Umbrella Coverage Part

$ _____ Business Auto Coverage Part

$ _____ Business Owners Coverage Part

$ _____ Garage Coverage Part

$ _____ Commercial Crime Coverage Part

$ _____ Commercial Inland Marine Coverage Part

Some of the premium shown above could be subject to audit and will be collectible along with the other premiums.

If you should have any questions regarding this notice, please contact your independent insurance agent representing the Southern Guaranty Insurance Companies.

NAMED INSURED
MERRY CORNER, LLC

POLICY #
00GLA63925

# SUPPLEMENTAL PAGE

## TERRORISM INSURANCE PREMIUM
## BY LINE OF BUSINESS

A.  $ ____N/A____  Commercial Property Coverage Part

B.  $ ____4.00____  Commercial General Liability Coverage Part

C.  $ ____N/A____  Commercial Liability Umbrella Coverage Part

D.  $ ____N/A____  Business Auto Coverage Part

E.  $ ____N/A____  Business Owners Coverage Part

F.  $ ____N/A____  Garage Coverage Part

G.  $ ____N/A____  Commercial Crime Coverage Part

H.  $ ____N/A____  Commercial Inland Marine Coverage Part

Countersigned: _____     by _____
                                        Authorized Representative

SGTSP 0103

FILE COPY

# SOUTHERN GUARANTY INSURANCE COMPANIES

Coverage Provided by Southern Guaranty Insurance Company

## COMMERCIAL GENERAL LIABILITY
## DECLARATIONS

Named Insured and Mailing Address
MERRY CORNER, LLC
2531 B BELL RD
MONTGOMERY          AL  36117

Policy No. 00GLA63925

CHANGE EFFECTIVE     01/18/2004
CHANGE PREMIUM          $519.00

Policy Period *: From 01/18/2004 to 01/18/2005
at 12:01 A.M. Standard Time at your mailing address shown above.

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY,
WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

### LIMITS OF INSURANCE

| | |
|---|---:|
| General Aggregate Limit (Other Than Products — Completed Operations) | $ 2000000 |
| Products — Completed Operations Aggregate Limit | $ 2000000 |
| Personal and Advertising Injury Limit | $ 1000000 |
| Each Occurrence Limit | $ 1000000 |
| Fire Damage Limit | $ 100000 Any One Fire |
| Medical Expense Limit | $ 5000 Any One Person |

### RETROACTIVE DATE (CG 00 02 only)

Coverage A of this Insurance does not apply to "bodily injury" or "property damage" which occurs before the Retroactive
Date, if any, shown here:     NONE

(Enter Date or "None" if no Retroactive Date applies)

### DESCRIPTION OF BUSINESS AND LOCATION OF PREMISES

Form of Business:       ALL OTHER
☐ Individual    ☐ Joint Venture  ☐ Partnership   ☒ Organization (Other than Partnership or Joint Venture)
Business Description*:
VACANT LAND

Location of All Premises You Own, Rent or Occupy:
001    CORNER OF VAUGHN & PIKE ROAD   MONTGOMERY, AL 36117

### PREMIUM

| Classification | Code No. | Premium Basis | Rate Pr/Co | Rate All Other | Advance Premium Pr/Co | Advance Premium All Other |
|---|---|---|---|---|---|---|
| | | | $ | | $ | |
| SEE ATTACHED | | | | | | |
| | | Total Advance Premium $ | | | | 935 |

### FORMS AND ENDORSEMENTS

Forms and Endorsements applying to this Coverage Part and made part of this policy at time of issue † :
SEE ATTACHED SCHEDULE

Countersigned:*  1/27/2004            A 00816 THOMPSON INSURANCE, INC.
                                      By _____
                                              Authorized Representative

*Entry optional if shown in Common Policy Declarations,
† Forms and Endorsements applicable to this Coverage Part omitted if shown elsewhere in the policy.

THESE DECLARATIONS AND THE COMMON POLICY DECLARATIONS, IF APPLICABLE, TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE
FORM(S) AND FORMS AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.
Includes copyrighted material of Insurance Services Office, Inc., with its permission. Copyright, Insurance Services Office, Inc., 1982,1984.
GL DEC-(ED 1-91)                         FILE COPY

COMMERCIAL GENERAL LIABILITY COVERAGE PART
Extension of Declarations

Policy No.  00GLA63925

FULL TERM PREMIUM

| Classification | Code No. | Premium Basis | Rate Pr/Co | Rate All Other | Advance Premium Pr/Co | Advance Premium All Other |
|---|---|---|---|---|---|---|
| ADDITIONAL INSURED | 049950 | 1 | | 25.000 | | 25 |
| LAKES OR RESERVOIRS (OTN | 045523 | 1 | | 290.231 | | 290 |
| REAL ESTATE DEVELOPMENT | 047051 | 30 | | 13.815 | | 414 |
| VACANT LAND (OTNFP) | 049451 | 64 | | 3.072 | | 197 |
| CERTIFIED ACTS-TERRORISM | 022222 | 926 | | | | 9 |

NAMED INSURED  MERRY CORNER, LLC                    POLICY NO. 00GLA63925
FORMS AND ENDORSEMENTS MADE PART OF THIS POLICY AT TIME OF ISSUE:

| CG0001-0798 | CG0057-0999 | CG0060-0999 | CG2018-1185 | CG2147-0798 |
| CG2149-0999 | CG2160-0998 | CG2161-0498 | CG2167-0402 | IL0003-0498 |
| IL0017-1198 | IL0021-0498 | PHCG21-6098 | PHCG21-6198 | SG1159-0103 |

Countersigned:                          By _____
                                           Authorized Representative

MERRY CORNER, LLC

2531 B BELL RD

MONTGOMERY        AL   36117

AGENT 00816
THOMPSON INSURANCE, INC.


POLICY NUMBER 00GLA63925   INCEPTION DATE  1/18/2004   CHANGE DATE  1/18/2004

THE ATTACHED DECLARATIONS PAGE IS THE RESULT OF THE FOLLOWING CHANGE(S) TO YOUR
POLICY:


Location Changed: CORNER OF VAUGHN & PIKE ROAD  Building 001.
    PREMISES OPS MANUAL Class 045523 Rating Information Added.
    PREMISES OPS MANUAL Class 047051 Rating Information Added.
    PREMISES OPS MANUAL Class 049451 Rating Information Changed.
        Exposure Changed.

# SOUTHERN GUARANTY INSURANCE COMPANIES

Coverage Provided by Southern Guaranty Insurance Company

## COMMERCIAL GENERAL LIABILITY
## DECLARATIONS

Named Insured and Mailing Address
MERRY CORNER, LLC
2531 BELL RD STE B
MONTGOMERY        AL  36117-4387

Policy No. 00GLA63925

Policy Period *: From 01/18/2005 to 01/18/2006
at 12:01 A.M. Standard Time at your mailing address shown above.

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY,
WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

## LIMITS OF INSURANCE

| | | |
|---|---|---|
| General Aggregate Limit (Other Than Products — Completed Operations) | $ | 2000000 |
| Products — Completed Operations Aggregate Limit | $ | 2000000 |
| Personal and Advertising Injury Limit | $ | 1000000 |
| Each Occurrence Limit | $ | 1000000 |
| Fire Damage Limit | $ | 100000 Any One Fire |
| Medical Expense Limit | $ | 5000 Any One Person |

## RETROACTIVE DATE (CG 00 02 only)

Coverage A of this Insurance does not apply to "bodily injury" or "property damage" which occurs before the Retroactive
Date, if any, shown here:    NONE

(Enter Date or *None* if no Retroactive Date applies)

## DESCRIPTION OF BUSINESS AND LOCATION OF PREMISES

Form of Business:        ALL OTHER
☐ Individual    ☐ Joint Venture    ☐ Partnership    ☒ Organization (Other than Partnership or Joint Venture)
Business Description*:
VACANT LAND

Location of All Premises You Own, Rent or Occupy:
001    CORNER OF VAUGHN & PIKE ROAD            MONTGOMERY, AL 36117

## PREMIUM

| Classification | Code No. | Premium Basis | Rate Pr/Co | Rate All Other | Advance Premium Pr/Co | Advance Premium All Other |
|---|---|---|---|---|---|---|
| | | | | $ | | $ |
| SEE ATTACHED | | | | | | |
| | | Total Advance Premium $ | | | | 935 |

## FORMS AND ENDORSEMENTS

Forms and Endorsements applying to this Coverage Part and made part of this policy at time of issue † :
SEE ATTACHED SCHEDULE

Countersigned:*  1/03/2005            A 00816 THOMPSON INSURANCE, INC.
By _____
Authorized Representative

*Entry optional if shown in Common Policy Declarations,
† Forms and Endorsements applicable to this Coverage Part omitted if shown elsewhere in the policy.

THESE DECLARATIONS AND THE COMMON POLICY DECLARATIONS, IF APPLICABLE, TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE
FORM(S) AND FORMS AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.
Includes copyrighted material of Insurance Services Office, Inc., with its permission. Copyright, Insurance Services Office, Inc., 1982,1984.
GL DEC-(ED 1-91)                      FILE COPY

COMMERCIAL GENERAL LIABILITY COVERAGE PART
Extension of Declarations

Policy No.  00GLA63925

FULL TERM PREMIUM

| Classification | Code No. | Premium Basis | Rate Pr/Co | Rate All Other | Advance Premium Pr/Co | Advance Premium All Other |
|---|---|---|---|---|---|---|
| ADDITIONAL INSURED | 049950 | 1 | | 25.000 | | 25 |
| LAKES OR RESERVOIRS (OTN | 045523 | 1 | | 290.231 | | 290 |
| REAL ESTATE DEVELOPMENT | 047051 | 30 | | 13.815 | | 414 |
| VACANT LAND (OTNFP) | 049451 | 64 | | 3.072 | | 197 |
| CERTIFIED ACTS-TERRORISM | 022222 | 926 | | | | 9 |

NAMED INSURED  MERRY CORNER, LLC                    POLICY NO. 00GLA63925
FORMS AND ENDORSEMENTS MADE PART OF THIS POLICY AT TIME OF ISSUE:

| | | | | |
|---|---|---|---|---|
| CG0001-0798 | CG0057-0999 | CG0060-0999 | CG2018-1185 | CG2147-0798 |
| CG2149-0999 | CG2160-0998 | CG2161-0498 | CG2167-0402 | IL0003-0498 |
| IL0017-1198 | IL0021-0498 | PHCG21-6098 | PHCG21-6198 | SG1159-0103 |

Countersigned:                        By _____
                                          Authorized Representative

POLICY 00GLA63925

MERRY CORNER, LLC

2531 BELL RD STE B

MONTGOMERY AL 36117-4387

12/30/2004
00816 THOMPSON INSURANCE, INC.
(334)277-8970

## DISCLOSURE NOTICE - APPLICANT OR POLICYHOLDER
## TERRORISM INSURANCE COVERAGE

### CL2003PHTM

Coverage for acts of terrorism is included in your policy or premium quotation. You should know that any losses caused by certified acts of terrorism would be partially reimbursed by the United States under a formula established by the Terrorism Risk Insurance Act of 2002. Under this formula, the United States pays 90% of covered terrorism losses exceeding the statutorily established deductible paid by the insurance company providing the coverage.

LIMITATION ON PAYMENT OF TERRORISM LOSSES (applies to policies which cover terrorism losses insured under the federal program, including those which only cover fire losses)

The provisions of the Terrorism Risk Insurance Act of 2002 can limit our maximum liability for payment of losses from certified acts of terrorism. That determination will be based on a formula set forth in the law involving the national total of federally insured terrorism losses in an annual period and individual insurer participation in payment of such losses. If one or more certified acts of terrorism in an annual period causes the maximum liability for payment of losses from certified acts of terrorism to be reached, and we have satisfied our required level of payments under the law, then we will not pay for the portion of such losses above that maximum. However, that is subject to possible change at that time, as Congress may, under the Act, determine that payments above the cap will be made.

FILE COPY

The premium that is attributable to coverage for acts of terrorism coverage is as follows:

$ _____ N/A _____ Commercial Property Coverage Part

$ _____ 9.00 _____ Commercial General Liability Coverage Part

$ _____ N/A _____ Commercial Liability Umbrella Coverage Part

$ _____ N/A _____ Business Auto Coverage Part

$ _____ N/A _____ Business Owners Coverage Part

$ _____ N/A _____ Garage Coverage Part

$ _____ N/A _____ Commercial Crime Coverage Part

$ _____ N/A _____ Commercial Inland Marine Coverage Part

Some of the premium shown above could be subject to audit and will be collectible along with the other premiums.

If you should have any questions regarding this notice, please contact your independent insurance agent representing the Southern Guaranty Insurance Companies.

FILE COPY

POLICY NUMBER:00GLA63925                                    **COMMERCIAL GENERAL LIABILITY**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED -
# MORTGAGEE, ASSIGNEE, OR RECEIVER

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

**Name of Person or Organization:**
STERLING BANK

**Designation of Premises:**
CORNER OF VAUGHN & PIKE ROAD
MONTGOMERY, AL 36117

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

1. WHO IS AN INSURED (Section II) is amended to include as an insured the person(s) or organization(s) shown in the Schedule but only with respect to their liability as mortgagee, assignee, or receiver and arising out of the ownership, maintenance, or use of the premises by you and shown in the Schedule.

2. This insurance does not apply to structural alterations, new construction and demolition operations performed by or for that person or organization.

CG 20 18 11 85              Copyright, Insurance Services Office, Inc., 1984              **Page 1 of 1**      ☐

NAMED INSURED                                    POLICY #
MERRY CORNER, LLC                                00GLA63925


# SUPPLEMENTAL PAGE

# TERRORISM INSURANCE PREMIUM
# BY LINE OF BUSINESS


A.   $ _____ N/A ____ Commercial Property Coverage Part

B.   $ _____ 9.00 ____ Commercial General Liability Coverage Part

C.   $ _____ N/A ____ Commercial Liability Umbrella Coverage Part

D.   $ _____ N/A ____ Business Auto Coverage Part

E.   $ _____ N/A ____ Business Owners Coverage Part

F.   $ _____ N/A ____ Garage Coverage Part

G.   $ _____ N/A ____ Commercial Crime Coverage Part

H.   $ _____ N/A ____ Commercial Inland Marine Coverage Part


Countersigned: _____        by _____

                                         Authorized Representative


SGTSP 0103


FILE COPY

# SOUTHERN GUARANTY INSURANCE COMPANIES

Coverage Provided by Southern Guaranty Insurance Company

### COMMERCIAL GENERAL LIABILITY
### DECLARATIONS

Named Insured and Mailing Address
MERRY CORNER, LLC
2531 BELL RD STE B
MONTGOMERY        AL 36117-4387

Policy No. 00GLA63925

Policy Period *: From 01/18/2006 to 01/18/2007
at 12:01 A.M. Standard Time at your mailing address shown above.

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY,
WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

## LIMITS OF INSURANCE

| | | |
|---|---|---|
| General Aggregate Limit (Other Than Products — Completed Operations) | $ | 2000000 |
| Products — Completed Operations Aggregate Limit | $ | 2000000 |
| Personal and Advertising Injury Limit | $ | 1000000 |
| Each Occurrence Limit | $ | 1000000 |
| Fire Damage Limit | $ | 100000 Any One Fire |
| Medical Expense Limit | $ | 5000 Any One Person |

## RETROACTIVE DATE (CG 00 02 only)

Coverage A of this Insurance does not apply to "bodily injury" or "property damage" which occurs before the Retroactive
Date, if any, shown here:    NONE

(Enter Date or "None" if no Retroactive Date applies)

## DESCRIPTION OF BUSINESS AND LOCATION OF PREMISES

Form of Business:    ALL OTHER
☐ Individual   ☐ Joint Venture   ☐ Partnership   ☒ Organization (Other than Partnership or Joint Venture)
Business Description*:
VACANT LAND

Location of All Premises You Own, Rent or Occupy:
001    CORNER OF VAUGHN & PIKE ROAD        MONTGOMERY, AL 36117

## PREMIUM

| Classification | Code No. | Premium Basis | Rate Pr/Co | All Other | Advance Premium Pr/Co | All Other |
|---|---|---|---|---|---|---|
| | | | $ | | $ | |
| SEE ATTACHED | | | | | | |

Total Advance Premium $    1,043

## FORMS AND ENDORSEMENTS

Forms and Endorsements applying to this Coverage Part and made part of this policy at time of issue † :
SEE ATTACHED SCHEDULE

Countersigned:*  1/06/2006              A 00816 THOMPSON INSURANCE, INC.
                                    By _____
                                          Authorized Representative

*Entry optional if shown in Common Policy Declarations,
† Forms and Endorsements applicable to this Coverage Part omitted if shown elsewhere in the policy.

THESE DECLARATIONS AND THE COMMON POLICY DECLARATIONS, IF APPLICABLE, TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE
FORM(S) AND FORMS AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.
GL DEC-(ED 1-91)        Includes copyrighted material of Insurance Services Office, Inc. with its permission. Copyright, Insurance Services Office, Inc., 1982,1984.
                                    FILE COPY

COMMERCIAL GENERAL LIABILITY COVERAGE PART
Extension of Declarations

Policy No.  00GLA63925

FULL TERM PREMIUM

| Classification | Code No. | Premium Basis | Rate Pr/Co | Rate All Other | Advance Premium Pr/Co | Advance Premium All Other |
|---|---|---|---|---|---|---|
| ADDITIONAL INSURED | 049950 | 1 | | 25.000 | | 25 |
| LAKES OR RESERVOIRS (OTN | 045523 | 1 | | 320.414 | | 320 |
| REAL ESTATE DEVELOPMENT | 047051 | 30 | | 15.208 | | 456 |
| VACANT LAND (OTNFP) | 049451 | 64 | | 3.622 | | 232 |
| CERTIFIED ACTS-TERRORISM | 022222 | 1033 | | | | 10 |

NAMED INSURED  MERRY CORNER, LLC                    POLICY NO. 00GLA63925
FORMS AND ENDORSEMENTS MADE PART OF THIS POLICY AT TIME OF ISSUE:

| | | | | |
|---|---|---|---|---|
| CG0001-0798 | CG0057-0999 | CG0060-0999 | CG2018-1185 | CG2147-0798 |
| CG2149-0999 | CG2160-0998 | CG2161-0498 | CG2167-0402 | IL0003-0498 |
| IL0017-1198 | IL0021-0498 | PHCG21-6098 | PHCG21-6198 | SG1159-0103 |

Countersigned:                          By _____
                                           Authorized Representative

POLICY 00GLA63925

MERRY CORNER, LLC

2531 BELL RD STE B

MONTGOMERY AL 36117-4387

01/05/2006
00816 THOMPSON INSURANCE, INC.
(334)277-8970

## DISCLOSURE NOTICE - APPLICANT OR POLICYHOLDER
## TERRORISM INSURANCE COVERAGE

### CL2003PHTM

Coverage for acts of terrorism is included in your policy or premium quotation. You should know that any losses caused by certified acts of terrorism would be partially reimbursed by the United States under a formula established by the Terrorism Risk Insurance Act of 2002. Under this formula, the United States pays 90% of covered terrorism losses exceeding the statutorily established deductible paid by the insurance company providing the coverage.

LIMITATION ON PAYMENT OF TERRORISM LOSSES (applies to policies which cover terrorism losses insured under the federal program, including those which only cover fire losses)

The provisions of the Terrorism Risk Insurance Act of 2002 can limit our maximum liability for payment of losses from certified acts of terrorism. That determination will be based on a formula set forth in the law involving the national total of federally insured terrorism losses in an annual period and individual insurer participation in payment of such losses. If one or more certified acts of terrorism in an annual period causes the maximum liability for payment of losses from certified acts of terrorism to be reached, and we have satisfied our required level of payments under the law, then we will not pay for the portion of such losses above that maximum. However, that is subject to possible change at that time, as Congress may, under the Act, determine that payments above the cap will be made.

FILE COPY

The premium that is attributable to coverage for acts of terrorism coverage is as follows:

$ _____ N/A ___ Commercial Property Coverage Part

$ _____ 10.00 ___ Commercial General Liability Coverage Part

$ _____ N/A ___ Commercial Liability Umbrella Coverage Part

$ _____ N/A ___ Business Auto Coverage Part

$ _____ N/A ___ Business Owners Coverage Part

$ _____ N/A ___ Garage Coverage Part

$ _____ N/A ___ Commercial Crime Coverage Part

$ _____ N/A ___ Commercial Inland Marine Coverage Part

Some of the premium shown above could be subject to audit and will be collectible along with the other premiums.

If you should have any questions regarding this notice, please contact your independent insurance agent representing the Southern Guaranty Insurance Companies.

POLICY NUMBER:00GLA63925                    **COMMERCIAL GENERAL LIABILITY**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED -
# MORTGAGEE, ASSIGNEE, OR RECEIVER

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

**Name of Person or Organization:**
STERLING BANK

**Designation of Premises:**
CORNER OF VAUGHN & PIKE ROAD
MONTGOMERY, AL 36117

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

1. WHO IS AN INSURED (Section II) is amended to include as an insured the person(s) or organization(s) shown in the Schedule but only with respect to their liability as mortgagee, assignee, or receiver and arising out of the ownership, maintenance, or use of the premises by you and shown in the Schedule.

2. This insurance does not apply to structural alterations, new construction and demolition operations performed by or for that person or organization.

NAMED INSURED
MERRY CORNER, LLC

POLICY #
00GLA63925

## SUPPLEMENTAL PAGE

## TERRORISM INSURANCE PREMIUM
## BY LINE OF BUSINESS

A.    $ _____ N/A ___  Commercial Property Coverage Part

B.    $ ___ 10.00 ___  Commercial General Liability Coverage Part

C.    $ _____ N/A ___  Commercial Liability Umbrella Coverage Part

D.    $ _____ N/A ___  Business Auto Coverage Part

E.    $ _____ N/A ___  Business Owners Coverage Part

F.    $ _____ N/A ___  Garage Coverage Part

G.    $ _____ N/A ___  Commercial Crime Coverage Part

H.    $ _____ N/A ___  Commercial Inland Marine Coverage Part

Countersigned: _____    by _____

Authorized Representative

SGTSP 0103

FILE COPY

# SOUTHERN GUARANTY INSURANCE COMPANIES

Coverage Provided by Southern Guaranty Insurance Company

### COMMERCIAL GENERAL LIABILITY
### DECLARATIONS

Named Insured and Mailing Address
MERRY CORNER, LLC
POST OFFICE BOX 230746
MONTGOMERY          AL 36123

Policy No. 00GLA63925

CHANGE EFFECTIVE     01/26/2006

Policy Period *: From 01/18/2006 to 01/18/2007
at 12:01 A.M. Standard Time at your mailing address shown above.

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY,
WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

| LIMITS OF INSURANCE | | |
|---|---|---|
| General Aggregate Limit (Other Than Products — Completed Operations) | $ | 2000000 |
| Products — Completed Operations Aggregate Limit | $ | 2000000 |
| Personal and Advertising Injury Limit | $ | 1000000 |
| Each Occurrence Limit | $ | 1000000 |
| Fire Damage Limit | $ | 100000 Any One Fire |
| Medical Expense Limit | $ | 5000 Any One Person |

**RETROACTIVE DATE (CG 00 02 only)**
Coverage A of this Insurance does not apply to "bodily injury" or "property damage" which occurs before the Retroactive Date, if any, shown here:

(Enter Date or "None" if no Retroactive Date applies)

**DESCRIPTION OF BUSINESS AND LOCATION OF PREMISES**
Form of Business:        ALL OTHER
☐ Individual   ☐ Joint Venture   ☐ Partnership   ☒ Organization (Other than Partnership or Joint Venture)
Business Description*:
VACANT LAND

Location of All Premises You Own, Rent or Occupy:
001    CORNER OF VAUGHN & PIKE ROAD          MONTGOMERY, AL 36117

**PREMIUM**

| Classification | Code No. | Premium Basis | Rate Pr/Co | All Other | Advance Premium Pr/Co | All Other |
|---|---|---|---|---|---|---|
| | | | $ | | $ | |
| SEE ATTACHED | | | | | | |
| | | Total Advance Premium $ | | | 1,043 | |

**FORMS AND ENDORSEMENTS**
Forms and Endorsements applying to this Coverage Part and made part of this policy at time of issue † :
SEE ATTACHED SCHEDULE

Countersigned:*  2/27/2006          A 00816 THOMPSON INSURANCE, INC.
                                    By _____
                                         Authorized Representative     *

*Entry optional if shown in Common Policy Declarations,
† Forms and Endorsements applicable to this Coverage Part omitted if shown elsewhere in the policy.

THESE DECLARATIONS AND THE COMMON POLICY DECLARATIONS, IF APPLICABLE, TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE FORM(S) AND FORMS AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.
Includes copyrighted material of Insurance Services Office, Inc., with its permission. Copyright, Insurance Services Office, Inc., 1982,1984.
GL DEC-(ED 1-91)                              FILE COPY

COMMERCIAL GENERAL LIABILITY COVERAGE PART
Extension of Declarations

Policy No.  00GLA63925

FULL TERM PREMIUM

| Classification | Code No. | Premium Basis | Rate Pr/Co | Rate All Other | Advance Premium Pr/Co | Advance Premium All Other |
|---|---|---|---|---|---|---|
| ADDITIONAL INSURED | 049950 | 1 | | 25.000 | | 25 |
| LAKES OR RESERVOIRS (OTN | 045523 | 1 | | 320.414 | | 320 |
| REAL ESTATE DEVELOPMENT | 047051 | 30 | | 15.208 | | 456 |
| VACANT LAND (OTNFP) | 049451 | 64 | | 3.622 | | 232 |
| CERTIFIED ACTS-TERRORISM | 022222 | 1033 | | | | 10 |

NAMED INSURED   MERRY CORNER, LLC                    POLICY NO. 00GLA63925
FORMS AND ENDORSEMENTS MADE PART OF THIS POLICY AT TIME OF ISSUE:

| CG0001-0798 | CG0057-0999 | CG0060-0999 | CG2018-1185 | CG2147-0798 |
| CG2149-0999 | CG2160-0998 | CG2161-0498 | CG2167-0402 | IL0003-0498 |
| IL0017-1198 | IL0021-0498 | PHCG21-6098 | PHCG21-6198 | SG1159-0103 |

Countersigned:                    By _____
                                     Authorized Representative

MERRY CORNER, LLC

POST OFFICE BOX 230746

MONTGOMERY          AL   36123

AGENT 00816
THOMPSON INSURANCE, INC.

POLICY NUMBER 00GLA63925   INCEPTION DATE  1/18/2006   CHANGE DATE  1/26/2006

THE ATTACHED DECLARATIONS PAGE IS THE RESULT OF THE FOLLOWING CHANGE(S) TO YOUR POLICY:

The insured's mailing address has been changed.

POLICY NUMBER: 00GLA63925                         **COMMERCIAL GENERAL LIABILITY**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED - MORTGAGEE, ASSIGNEE, OR RECEIVER

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

**Name of Person or Organization:**
   STERLING BANK

**Designation of Premises:**
   CORNER OF VAUGHN & PIKE ROAD
   MONTGOMERY, AL 36117

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

1.  WHO IS AN INSURED (Section II) is amended to include as an insured the person(s) or organization(s) shown in the Schedule but only with respect to their liability as mortgagee, assignee, or receiver and arising out of the ownership, maintenance, or use of the premises by you and shown in the Schedule.
2.  This insurance does not apply to structural alterations, new construction and demolition operations performed by or for that person or organization.

# SOUTHERN GUARANTY INSURANCE COMPANIES

Coverage Provided by Southern Guaranty Insurance Company

## COMMERCIAL GENERAL LIABILITY
## DECLARATIONS

Named Insured and Mailing Address

MERRY CORNER, LLC
POST OFFICE BOX 230746
MONTGOMERY          AL 36123

Policy No. 00GLA63925

Policy Period *: From 01/18/2007 to 01/18/2008
        at 12:01 A.M. Standard Time at your mailing address shown above.

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY,
WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

## LIMITS OF INSURANCE

| | | |
|---|---|---|
| General Aggregate Limit (Other Than Products — Completed Operations) | $ | 2000000 |
| Products — Completed Operations Aggregate Limit | $ | 2000000 |
| Personal and Advertising Injury Limit | $ | 1000000 |
| Each Occurrence Limit | $ | 1000000 |
| Damage to Premises Rented to You Limit | $ | 100000 Any One Premises |
| Medical Expense Limit | $ | 5000 Any One Person |

## DESCRIPTION OF BUSINESS AND LOCATION OF PREMISES

Form of Business:     LIMITED LIABILITY CORPORATION
☐ Individual   ☐ Joint Venture   ☐ Partnership   ☐ Organization (Other than Partnership or Joint Venture)
Business Description*:
VACANT LAND

Location of All Premises You Own, Rent or Occupy:
001    CORNER OF VAUGHN & PIKE ROAD          MONTGOMERY, AL 36117

## PREMIUM

| Classification | Code No. | Premium Basis | Rate Pr/Co | All Other | Advance Premium Pr/Co | All Other |
|---|---|---|---|---|---|---|
| | | | | $ | $ | |
| SEE ATTACHED | | | | | | |
| | | Total Advance Premium $ | | | 1,219 | |

## FORMS AND ENDORSEMENTS

Forms and Endorsements applying to this Coverage Part and made part of this policy at time of issue † :
SEE ATTACHED SCHEDULE

Countersigned:*  1/15/2007              A 00816 THOMPSON INSURANCE, INC.
                                By _____
                                        Authorized Representative          *

*Entry optional if shown in Common Policy Declarations,
† Forms and Endorsements applicable to this Coverage Part omitted if shown elsewhere in the policy.

THESE DECLARATIONS AND THE COMMON POLICY DECLARATIONS, IF APPLICABLE, TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE
FORM(S) AND FORMS AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.
                    Includes copyrighted material of Insurance Services Office, Inc., with its permission. Copyright, Insurance Services Office, Inc., 1982,1984.
GL DEC-(ED 8-05)                            FILE COPY

COMMERCIAL GENERAL LIABILITY COVERAGE PART
Extension of Declarations

Policy No.  00GLA63925

FULL TERM PREMIUM

| Classification | Code No. | Premium Basis | Rate Pr/Co | Rate All Other | Advance Premium Pr/Co | Advance Premium All Other |
|---|---|---|---|---|---|---|
| ADDITIONAL INSURED | 049950 | 1 | | 25.000 | | 25 |
| LAKES OR RESERVOIRS (OTN | 045523 | 1 | | 372.740 | | 373 |
| REAL ESTATE DEVELOPMENT | 047051 | 30 | | 17.692 | | 539 |
| VACANT LAND (OTNFP) | 049451 | 64 | | 4.214 | | 270 |
| CERTIFIED ACTS-TERRORISM | 022222 | 1207 | | | | 12 |

NAMED INSURED   MERRY CORNER, LLC                    POLICY NO. 00GLA63925
FORMS AND ENDORSEMENTS MADE PART OF THIS POLICY AT TIME OF ISSUE:

| CG0001-1204 | CG0067-0305 | CG2018-1185 | CG2147-0798 | CG2149-0999 |
| CG2160-0998 | CG2161-0498 | CG2167-1204 | CG2196-0305 | CG8034-0603 |
| IL0003-0702 | IL0017-1198 | IL0021-0702 | SG1159-0103 | |

Countersigned:                          By _____
                                           Authorized Representative

```
POLICY 00GLA63925

MERRY CORNER, LLC

POST OFFICE BOX 230746

MONTGOMERY AL 36123

01/12/2007
00816 THOMPSON INSURANCE, INC.
(334)277-8970
```

## DISCLOSURE NOTICE - APPLICANT OR POLICYHOLDER
## TERRORISM INSURANCE COVERAGE

### CL2003PHTM

Coverage for acts of terrorism is included in your policy or premium quotation. You should know that any losses caused by certified acts of terrorism would be partially reimbursed by the United States under a formula established by the Terrorism Risk Insurance Act of 2002. Under this formula, the United States pays 90% of covered terrorism losses exceeding the statutorily established deductible paid by the insurance company providing the coverage.

LIMITATION ON PAYMENT OF TERRORISM LOSSES (applies to policies which cover terrorism losses insured under the federal program, including those which only cover fire losses)

The provisions of the Terrorism Risk Insurance Act of 2002 can limit our maximum liability for payment of losses from certified acts of terrorism. That determination will be based on a formula set forth in the law involving the national total of federally insured terrorism losses in an annual period and individual insurer participation in payment of such losses. If one or more certified acts of terrorism in an annual period causes the maximum liability for payment of losses from certified acts of terrorism to be reached, and we have satisfied our required level of payments under the law, then we will not pay for the portion of such losses above that maximum. However, that is subject to possible change at that time, as Congress may, under the Act, determine that payments above the cap will be made.

```
                              FILE COPY
```

The premium that is attributable to coverage for acts of terrorism coverage is as follows:

$ _____ N/A ___ Commercial Property Coverage Part

$ _____ 12.00 ___ Commercial General Liability Coverage Part

$ _____ N/A ___ Commercial Liability Umbrella Coverage Part

$ _____ N/A ___ Business Auto Coverage Part

$ _____ N/A ___ Business Owners Coverage Part

$ _____ N/A ___ Garage Coverage Part

$ _____ N/A ___ Commercial Crime Coverage Part

$ _____ N/A ___ Commercial Inland Marine Coverage Part

Some of the premium shown above could be subject to audit and will be collectible along with the other premiums.

If you should have any questions regarding this notice, please contact your independent insurance agent representing the Southern Guaranty Insurance Companies.

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section II – Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section V – Definitions.

## SECTION I – COVERAGES

## COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section III – Limits Of Insurance; and

**(2)** Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B**.

**b.** This insurance applies to "bodily injury" and "property damage" only if:

**(1)** The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

**(2)** The "bodily injury" or "property damage" occurs during the policy period; and

**(3)** Prior to the policy period, no insured listed under Paragraph **1.** of Section **II** – Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

**c.** "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph **1.** of Section **II** – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

**d.** "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **1.** of Section **II** – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

**(1)** Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

**(2)** Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

**(3)** Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

© ISO Properties, Inc., 2003

o

**f. Pollution**

(1) "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

(a) At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

(i) "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests;

(ii) "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

(b) At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

(c) Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

(i) Any insured; or

(ii) Any person or organization for whom you may be legally responsible; or

(d) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

(i) "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

(ii) "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

(e) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

**(5)** That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

**(6)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs **(1)**, **(3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of 7 or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section III – Limits Of Insurance.

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs **(3)**, **(4)**, **(5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**k. Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**l. Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m. Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**(1)** A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

**(2)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**n. Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**(1)** "Your product";

**(2)** "Your work"; or

**(3)** "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**o. Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

**p. Electronic Data**

Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

Exclusions **c.** through **n.** do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section III – Limits Of Insurance.

**COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY**

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section III – Limits Of Insurance; and

**m. Pollution**

"Personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**n. Pollution-Related**

Any loss, cost or expense arising out of any:

(1) Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

(2) Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

**o. War**

"Personal and advertising injury", however caused, arising, directly or indirectly, out of:

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**COVERAGE C MEDICAL PAYMENTS**

**1. Insuring Agreement**

a. We will pay medical expenses as described below for "bodily injury" caused by an accident:

(1) On premises you own or rent;

(2) On ways next to premises you own or rent; or

(3) Because of your operations;

provided that:

(1) The accident takes place in the "coverage territory" and during the policy period;

(2) The expenses are incurred and reported to us within one year of the date of the accident; and

(3) The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

b. We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

(1) First aid administered at the time of an accident;

(2) Necessary medical, surgical, x-ray and dental services, including prosthetic devices; and

(3) Necessary ambulance, hospital, professional nursing and funeral services.

**2. Exclusions**

We will not pay expenses for "bodily injury":

**a. Any Insured**

To any insured, except "volunteer workers".

**b. Hired Person**

To a person hired to do work for or on behalf of any insured or a tenant of any insured.

**c. Injury On Normally Occupied Premises**

To a person injured on that part of premises you own or rent that the person normally occupies.

**d. Workers Compensation And Similar Laws**

To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

**e. Athletics Activities**

To a person injured while practicing, instructing or participating in any physical exercises or games, sports, or athletic contests.

**f. Products-Completed Operations Hazard**

Included within the "products-completed operations hazard".

**g. Coverage A Exclusions**

Excluded under Coverage A.

**SUPPLEMENTARY PAYMENTS – COVERAGES A AND B**

1. We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

a. All expenses we incur.

b. Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

d. An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

e. A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

2. Each of the following is also an insured:

a. Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

(1) "Bodily injury" or "personal and advertising injury":

(a) To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

(b) To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of Paragraph (1)(a) above;

(c) For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraphs (1)(a) or (b) above; or

(d) Arising out of his or her providing or failing to provide professional health care services.

(2) "Property damage" to property:

(a) Owned, occupied or used by,

(b) Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by

you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

b. Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

c. Any person or organization having proper temporary custody of your property if you die, but only:

(1) With respect to liability arising out of the maintenance or use of that property; and

(2) Until your legal representative has been appointed.

d. Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

3. Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

a. Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

b. Coverage A does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

c. Coverage B does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

## SECTION III – LIMITS OF INSURANCE

1. The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

a. Insureds;

b. Claims made or "suits" brought; or

c. Persons or organizations making claims or bringing "suits".

**b.** To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**4. Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under Coverages **A** or **B** of this Coverage Part, our obligations are limited as follows:

**a. Primary Insurance**

This insurance is primary except when **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in **c.** below.

**b. Excess Insurance**

This insurance is excess over:

**(1)** Any of the other insurance, whether primary, excess, contingent or on any other basis:

**(a)** That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

**(b)** That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

**(c)** That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner; or

**(d)** If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion **g.** of Section I – Coverage A – Bodily Injury And Property Damage Liability.

**(2)** Any other primary insurance available to you covering liability for damages arising out of the premises or operations, or the products and completed operations, for which you have been added as an additional insured by attachment of an endorsement.

When this insurance is excess, we will have no duty under Coverages **A** or **B** to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

**(1)** The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

**(2)** The total of all deductible and self-insured amounts under all that other insurance.

We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

**c. Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**5. Premium Audit**

**a.** We will compute all premiums for this Coverage Part in accordance with our rules and rates.

**b.** Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

**c.** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

b. Your fulfilling the terms of the contract or agreement.

9. "Insured contract" means:

a. A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

b. A sidetrack agreement;

c. Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

d. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

e. An elevator maintenance agreement;

f. That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph f. does not include that part of any contract or agreement:

(1) That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

(2) That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

(a) Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

(b) Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

(3) Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in (2) above and supervisory, inspection, architectural or engineering activities.

10. "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

11. "Loading or unloading" means the handling of property:

a. After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

b. While it is in or on an aircraft, watercraft or "auto"; or

c. While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

12. "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

a. Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

b. Vehicles maintained for use solely on or next to premises you own or rent;

c. Vehicles that travel on crawler treads;

d. Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

(1) Power cranes, shovels, loaders, diggers or drills; or

(2) Road construction or resurfacing equipment such as graders, scrapers or rollers;

e. Vehicles not described in a., b., c. or d. above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

(1) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

(2) Cherry pickers and similar devices used to raise or lower workers;

f. Vehicles not described in a., b., c. or d. above maintained primarily for purposes other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

**b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, electronic data is not tangible property.

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**18.** "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

**a.** An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

**b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

**19.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**20.** "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

**21.** "Your product":

**a.** Means:

**(1)** Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

**(a)** You;

**(b)** Others trading under your name; or

**(c)** A person or organization whose business or assets you have acquired; and

**(2)** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

**b.** Includes

**(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

**(2)** The providing of or failure to provide warnings or instructions.

**c.** Does not include vending machines or other property rented to or located for the use of others but not sold.

**22.** "Your work":

**a.** Means:

**(1)** Work or operations performed by you or on your behalf; and

**(2)** Materials, parts or equipment furnished in connection with such work or operations.

**b.** Includes

**(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work", and

**(2)** The providing of or failure to provide warnings or instructions.

COMMERCIAL GENERAL LIABILITY
CG 00 67 03 05

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – VIOLATION OF STATUTES THAT GOVERN E-MAILS, FAX, PHONE CALLS OR OTHER METHODS OF SENDING MATERIAL OR INFORMATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability:**

**2. Exclusions**

This insurance does not apply to:

**DISTRIBUTION OF MATERIAL IN VIOLATION OF STATUTES**

"Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**a.** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law; or

**b.** The CAN-SPAM Act of 2003, including any amendment of or addition to such law; or

**c.** Any statute, ordinance or regulation, other than the TCPA or CAN-SPAM Act of 2003, that prohibits or limits the sending, transmitting, communicating or distribution of material or information.

**B.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**DISTRIBUTION OF MATERIAL IN VIOLATION OF STATUTES**

"Personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**a.** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law; or

**b.** The CAN-SPAM Act of 2003, including any amendment of or addition to such law; or

**c.** Any statute, ordinance or regulation, other than the TCPA or CAN-SPAM Act of 2003, that prohibits or limits the sending, transmitting, communicating or distribution of material or information.

© ISO Properties, Inc., 2004

POLICY NUMBER:00GLA63925                                    **COMMERCIAL GENERAL LIABILITY**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED - MORTGAGEE, ASSIGNEE, OR RECEIVER

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

**Name of Person or Organization:**
STERLING BANK

**Designation of Premises:**
CORNER OF VAUGHN & PIKE ROAD
MONTGOMERY, AL 36117

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

1. WHO IS AN INSURED (Section II) is amended to include as an insured the person(s) or organization(s) shown in the Schedule but only with respect to their liability as mortgagee, assignee, or receiver and arising out of the ownership, maintenance, or use of the premises by you and shown in the Schedule.

2. This insurance does not apply to structural alterations, new construction and demolition operations performed by or for that person or organization.

CG 20 18 11 85              Copyright, Insurance Services Office, Inc., 1984              **Page 1 of 1**        o

COMMERCIAL GENERAL LIABILITY
CG 21 96 03 05

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# SILICA OR SILICA-RELATED DUST EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2.**, **Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability:**

**2. Exclusions**

This insurance does not apply to:

**Silica Or Silica-Related Dust**

**a.** "Bodily injury" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, or ingestion of, "silica" or "silica-related dust".

**b.** "Property damage" arising, in whole or in part, out of the actual, alleged, threatened or suspected contact with, exposure to, existence of, or presence of, "silica" or "silica-related dust".

**c.** Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, "silica" or "silica-related dust", by any insured or by any other person or entity.

**B.** The following exclusion is added to Paragraph **2.**, **Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Silica Or Silica-Related Dust**

**a.** "Personal and advertising injury" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, "silica" or "silica-related dust".

**b.** Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, "silica" or "silica-related dust", by any insured or by any other person or entity.

**C.** The following definitions are added to the **Definitions** Section:

**1.** "Silica" means silicon dioxide (occurring in crystalline, amorphous and impure forms), silica particles, silica dust or silica compounds.

**2.** "Silica-related dust" means a mixture or combination of silica and other dust or particles.

   © ISO Properties, Inc., 2004     o

COMMERCIAL GENERAL LIABILITY
CG 80 34 06 03

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION — ASBESTOS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

A. The following is added to **Paragraph 2. Exclusions** of **Section I – Coverage A – Bodily Injury and Property Damage Liability:**

**2. Exclusions**

This insurance does not apply to:

**Asbestos Liability**

a. "Bodily injury", "property damage" in any way or to any extent resulting from or arising out of:

(1) The inhaling of, ingesting or physical exposure to asbestos, asbestos fibers or goods or products containing asbestos or asbestos fibers;

(2) The use of asbestos or asbestos fibers in constructing or manufacturing any good, product, building or structure;

(3) The removal or abatement of asbestos or asbestos fibers from any good, product, building or structure;

(4) The manufacture, sale, transportation, storage or disposal of asbestos or goods, or products containing asbestos or asbestos fibers;

(5) The presence of asbestos or asbestos fibers in any good, product, building or structure;

(6) The release of asbestos or asbestos fibers from or at any good, product, building or structure;

(7) Damage to, loss of use of, or reduction in the value of a building or any property due to the actual or alleged presence of asbestos or asbestos fibers;

(8) The encapsulation or containment of asbestos or asbestos fibers within a building;

(9) The providing of or failing to provide warnings or instructions concerning asbestos or asbestos fibers; or

(10) Warranties or representations made at any time with respect to or concerning asbestos or asbestos fibers.

b. Any loss, cost or expense arising out of :

(1) Any request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify, or neutralize, or in any way respond to, or assess the effects of asbestos or asbestos fibers; or

(2) Any claim or suit by or on behalf of a governmental authority or any other party for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, or neutralizing, or in any way responding to, or assessing the effects of asbestos or asbestos fibers.

c. Payment for the investigation or defense of any loss, injury or damage, any cost, fine, penalty or for any expense or claim or suit resulting from, arising out of or related to **Paragraphs a.** and **b.** above.

B. The following is added to **Paragraph 2. Exclusions** of **Section I – Coverage B – Personal and Advertising Injury Liability:**

**2. Exclusions**

**Asbestos Liability**

This insurance does not apply to:

a. Personal and advertising injury" in any way or to any extent resulting from or arising out of:

(1) The inhaling of, ingesting or physical exposure to asbestos, asbestos fibers or goods or products containing asbestos or asbestos fibers;

(2) The use of asbestos or asbestos fibers in constructing or manufacturing any good, product, building or structure;

(3) The removal or abatement of asbestos or asbestos fibers from any good, product, building or structure;

(4) The manufacture, sale, transportation, storage or disposal of asbestos or goods, or products containing asbestos or asbestos fibers;

(5) The presence of asbestos or asbestos fibers in any good, product, building or structure;

(6) The release of asbestos or asbestos fibers from or at any good, product, building or structure;

(7) Damage to, loss of use of, or reduction in the value of a building or any property due to the actual or alleged presence of asbestos or asbestos fibers;

(8) The encapsulation or containment of asbestos or asbestos fibers within a building;

(9) The providing of or failing to provide warnings or instructions concerning asbestos or asbestos fibers; or

(10) Warranties or representations made at any time with respect to or concerning asbestos or asbestos fibers.

b. Any loss, cost or expense arising out of :

(1) Any request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify, or neutralize, or in any way respond to, or assess the effects of asbestos or asbestos fibers; or

(2) Any claim or suit by or on behalf of a governmental authority or any other party for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, or neutralizing, or in any way responding to, or assessing the effects of asbestos or asbestos fibers.

c. Payment for the investigation or defense of any loss, injury or damage, any cost, fine, penalty or for any expense or claim or suit resulting from, arising out of or related to **Paragraphs a.** and **b.** above.

CG 80 34 06 03

IL 00 03 07 02

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

## CALCULATION  OF  PREMIUM

This endorsement modifies insurance provided under the following:

      BOILER AND MACHINERY COVERAGE PART
      CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
      COMMERCIAL AUTOMOBILE COVERAGE PART
      COMMERCIAL GENERAL LIABILITY COVERAGE PART
      COMMERCIAL INLAND MARINE COVERAGE PART
      COMMERCIAL PROPERTY COVERAGE PART
      CRIME AND FIDELITY COVERAGE PART
      EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
      FARM COVERAGE PART
      LIQUOR LIABILITY COVERAGE PART
      OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
      POLLUTION LIABILITY COVERAGE PART
      PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
      PROFESSIONAL LIABILITY COVERAGE PART
      RAILROAD PROTECTIVE LIABILITY COVERAGE PART

The following is added:

The premium shown in the Declarations was computed based on rates in effect at the time the policy was issued. On each renewal, continuation, or anniversary of the effective date of this policy, we will compute the premium in accordance with our rates and rules then in effect.

IL 00 21 07 02

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT
### (Broad Form)

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
PROFESSIONAL LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

1. The insurance does not apply:

   A. Under any Liability Coverage, to "bodily injury" or "property damage":

      (1) With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

      (2) Resulting from the "hazardous properties" of "nuclear material" and with respect to which (a) any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or (b) the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

   B. Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

   C. Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

      (1) The "nuclear material" (a) is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or (b) has been discharged or dispersed therefrom;

      (2) The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

      (3) The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion (3) applies only to "property damage" to such "nuclear facility" and any property thereat.

© ISO Properties, Inc., 2001

2. As used in this endorsement:

"Hazardous properties" includes radioactive, toxic or explosive properties.

"Nuclear material" means "source material", "Special nuclear material" or "by-product material".

"Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

"Waste" means any waste material (a) containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and (b) resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

(a) Any "nuclear reactor";

(b) Any equipment or device designed or used for (1) separating the isotopes of uranium or plutonium, (2) processing or utilizing "spent fuel", or (3) handling, processing or packaging "waste";

(c) Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

(d) Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

    © ISO Properties, Inc., 2001    IL 00 21 07 02    □

NAMED INSURED                                      POLICY #
MERRY CORNER, LLC                                  00GLA63925

## SUPPLEMENTAL PAGE

## TERRORISM INSURANCE PREMIUM
## BY LINE OF BUSINESS

A.    $ _____ N/A _____  Commercial Property Coverage Part

B.    $ _____ 12.00 _____  Commercial General Liability Coverage Part

C.    $ _____ N/A _____  Commercial Liability Umbrella Coverage Part

D.    $ _____ N/A _____  Business Auto Coverage Part

E.    $ _____ N/A _____  Business Owners Coverage Part

F.    $ _____ N/A _____  Garage Coverage Part

G.    $ _____ N/A _____  Commercial Crime Coverage Part

H.    $ _____ N/A _____  Commercial Inland Marine Coverage Part

Countersigned: _____        by _____
                                       Authorized Representative

SGTSP 0103

FILE COPY



**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only: No Insurance Coverage Provided)*

GL693522

| | |
|---|---|
| Postage | $ .60 |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 4.65 |

Postmark Here

7000 0520 0016 5232 9776

**Recipient's Name** *(Please Print Clearly) (To be completed by mailer)*
Merry Corner, LLC c/o M.H. Jones
Street, Apt. No.; or PO Box No.
2531 Bell Road, #B
City, State, ZIP+4
Montgomery, AL 36117-0436

PS Form 3800, February 2000          See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Merry Corner, LLC
c/o Mr. Michael H. Jones
2531 Bell Road, #B
Montgomery, AL 36117-0436

GL693522-2

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by *(Please Print Clearly)*  Jill Joiner
B. Date of Delivery  5/25/05

C. Signature
X  Jill Joiner
☑ Agent
☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*    ☐ Yes

2. Article Number *(Copy from service label)*
7000 0520 0016 5232 9776

PS Form 3811, July 1999          Domestic Return Receipt          102595-00-M-0952



**EXHIBIT**
C

**CLAIMS**

MAY 26 2005

05/27/2005 09:12 AM  GENERAL CASUALTY

**southern guaranty**

Post Office Box 235004
Montgomery, Alabama 36123
Telephone (334) 270-6000
Fax (334) 270-6295

May 18, 2005

Merry Corner, LLC                          **RESERVATION OF RIGHTS LETTER**
C/o Michael H. Jones
2531 Bell Rd. #B
Montgomery, AL 36117-0436

**Re: Tommy Pinkston, McDonald Arrington, James Harrington and Henry Hollis**
    **v. Merry Corner, LLC et al., in the Circuit Court of Montgomery County,**
    **Alabama CV-05-931**
    **Claim Number: GL693522**

Dear Mr. Jones:

        This letter is written to you as the representative of Merry Corner, LLC, the
insured of Southern Guaranty Insurance Company (hereinafter "Company"), under
certain Commercial General Liability Insurance Policies describes as follows:

| POLICY PERIOD FROM | TO | POLICY NUMBER |
|---|---|---|
| January 18, 2002 | January 18, 2003 | 00GLA63925 |
| January 18, 2003 | January 18, 2004 | 00GLA63925 |
| January 18, 2004 | January 18, 2005 | 00GLA63925 |
| January 18, 2005 | January 18, 2006 | 00GLA63925 |

The policy limits under each of these Commercial General Liability Policies are identical
and are as follows:

| | |
|---|---|
| **GENERAL AGGREGATE LIMIT (Other than Products-Completed Operations)** | **$2,000,000.00** |
| **PRODUCTS-COMPLETED OPERATIONS AGGREGATE LIMIT** | **$2,000,000.00** |
| **PERSONAL –COMPLETED OPERATIONS INJURY LIMIT** | **$1,000,000.00** |
| **EACH OCCURANCE LIMIT** | **$1,000,000.00** |

**FIRE DAMAGE LIMIT**                                    **$100,000.00**
                                                         **Any One Fire**


**MEDICAL EXPENSE LIMIT**                                **$5,000.00**
                                                         **Any One Person**

     The purpose of this letter is to advise you that the Company has received the above complaint from your agent, Thompson Insurance Agency, and to advise you that the Company is retaining Ball Ball Mathews & Novak, Post Office Box 2148, Montgomery, AL 36102-2148, to represent Merry Corner, LLC under a full and complete reservation of all rights under the above policies with regard to coverage and defense. Ball Ball Mathew & Novak will represent Merry Corner, LLC and not the company. The Company will pay defense costs as per the terms of the above policy or policies unless and until a court of competent jurisdiction makes a finding that coverage and defense are not owed to Merry Corner, LLC., for the matters stated in the complaint. The company reserves the right to withdraw this defense and to discontinue payment for this defense if a Court of competent jurisdiction finds that no coverage and no defense is called for under the policies. The company reserves the right to file a Petition for Declaratory Judgment and/or an Intervention in the underlying case for the purpose of asking the Court for a ruling on the issues of whether the Company owes coverage and defense under these policies given the allegations of the underlying case.

     The Company reserves the right to investigate the allegations of the complaint and to take any other action deemed necessary and the company dose not thereby waive any issues relative to coverage or defense. Any and all action and activities of the Company in regard to the above case are and will be undertaken pursuant to a full and complete reservation of all rights with regard to coverage or the lack thereof and with regard to the duty to defend without waiving any right, issue or interest of the Company related to the above case. Nothing that the Company does or fails to do in the course of the above litigation, including, without limitation its investigation and analysis is meant to wave any coverage or defense issue and the Company preserves all coverage and defense issues and reserves the right to litigate these coverage and defense issues.

     As you know, the above lawsuit on behalf of the Plaintiffs states the Merry Corner, LLC owns and/or develops real property "located in the area of Plaintiff's property". The complaint avers that Merry Corner's property is higher in elevation than the property of the Plaintiffs and that surface water flows onto and across the Plaintiff's property from the Merry Corner property. The complaint does not state with any specificity the time of the alleged surface water flow onto the Plaintiff's property but merely states that this surface water flow occurred "over the past several years". Therefore, the Company is unsure at this time

**05/19/2005 09:47 AM**

whether the water flow and the alleged damage and injury occurred within your policy periods. We ask that you consult your personal attorney for the purpose of ascertaining whether you should place other and additional insurance carriers on notice of the claims and suit in question.

The complaint avers that Merry Corner substantially altered the natural flow and absorption of surface water n such a way that an increase in volume and force of this surface water, which flows and is deposited onto and across the Plaintiffs' property, has occurred. The complaint states that the surface water, once upon the property of the Plaintiffs, has caused and continues to cause great physical damage to property of the Plaintiffs and interferes with the Plaintiff's use of this property. The complaint also states that this water flow greatly reduces the value of the Plaintiff's property and seeks damages related to these claims. The policy terms quoted below might preclude coverage under the above policies for the matters stated in the complaint. Please review these policy provisions.

The complaint also seeks a permanent injunction enjoining the further depositing of surface water upon the Plaintiff's property along with costs of the proceedings and further and different relief to which the Plaintiff's may be entitled. Injunctive relief claims are not covered under the above policies.

Bases upon the allegations of the complaint, the previously stated effective dates and the policy language, quoted below, issues exist as to whether Merry Corner, LLC has coverage for the matters alleged in the complaint. Additionally, based upon the same considerations, issues do exist as to whether the company owes Merry Corner, LLC a defense in this matter. The following policy language gives rise to these issues.

### "COMMERCIAL GENERAL LIABILITY COVERAGE FORM"

"Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered."

**"Section I-Coverages,**
**Coverage A: Bodily Injury and Property Damage Liability**
    1. Insuring Agreement
        A. We will pay those sums that the insured becomes legally obligated to pay as damages because of 'bodily injury' or 'property damage' to which this insurance applies. We will have the right and duty to defend the insured against any 'suit' seeking those damages. However, we will have

**05/19/2005 09:47 AM**

no duty to defend the insured against any 'suit' seeking damages for 'bodily injury' or 'property damage' to which this insurance dose not apply. We may, at our discretion, investigate any 'occurrence' and settle any claim or 'suit' that may result. But:

> (1) The amount we will pay for damages is limited as described in Section III - Limits of Insurance;............".

Please note that an endorsement to the policy has changed some of the policy language. Section I (A)(1)"B","C" and "D" below reflect the revised policy language relative to this policy section.

> B. This insurance applies to 'bodily injury" and 'property damage' only if:
> (1) The 'bodily injury' or 'property damage' is caused by an 'occurrence that takes place in the 'coverage territory'; and
> (2) The 'bodily injury' or 'property damage' occurs during the policy period."
> (3) Prior to the policy period, no insured listed under paragraph 1. Of Section II – Who Is An Insured and no 'employee' authorized by you to give or receive notice of an 'occurrence' or claim, knew that the 'bodily injury' or 'property damage' had occurred, in whole or in part. If such a listed insured or authorized 'employee' knew, prior to the policy period that the 'bodily injury' or 'property damage' occurred, then any continuation, change or resumption of such 'bodily injury' or 'property damage' during or after the policy period will be deemed to have been known prior to the policy period.

> C. "Bodily injury' or 'property damage' which occurs during the policy period and was not, prior to the policy period, known to have occurred by an insured listed under Paragraph 1. Section II – Who Is An Insured or any 'employee' authorized by you to give or receive notice of an 'occurrence' or claim, includes any continuation, change or resumption of that 'bodily injury' or 'property damage' after the end of the policy period.

> D. 'Bodily injury' or 'property damage' will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph 1. of Section II – Who Is An Insured or any 'employee' authorized by you to give or receive notice of an 'occurrence' or claim:
> (1) Reports all, or any part, of the 'bodily injury' or 'property damage' to us or any other insurer;
> (2) Receives a written or verbal demand or claim for damages because of the 'bodily injury' or 'property damage'; or

**05/19/2005 09:47 AM**

(3) Becomes aware by any other means that 'bodily injury' or 'property damage' has occurred or has begun to occur."

(End Revised Policy Language)

"2. Exclusions

This insurance does not apply to:

a. Expected or Intended Injury

"Bodily injury' or 'property damage' expected or intended from the standpoint of the insured. This exclusion doe not apply to 'bodily injury' resulting from the use of reasonable force to protect persons or property."

'j. Damage to Property

'Property damage' to:"

"(6) That particular part of any property that must be restored, repaired or replaced because 'your work' was incorrectly performed on it."

"Paragraph (6) of this exclusion does not apply to 'property damage' included in the 'products-completed operations hazard'."

"m. Damage to Impaired Property or Property Not Physically Injured

'Property damage' to 'impaired property' or property that has not been physically injured arising out of:

(1) A defect, deficiency, inadequacy or dangerous condition in 'your product' or 'your work'; or

(2) A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance wit its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden or accidental physical injury to 'your product' or 'your work' after it has put to its intended use."

"Section III – Limits of Insurance

1. The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

A. Insureds;

B. Claims made or 'suits' brought; or

C. Persons or organizations making claims or bringing 'suits'

2. The General Aggregate Limit is the most we will pay for the sum of;

A. Medical expenses under Coverage C;

**05/19/2005 09:47 AM**

B. Damages under Coverage A, except damages because of 'bodily injury' or 'property damage' included in the 'products-completed operations hazard'; and

C. Damages under Coverage B.

3. The products-Completed Operations Aggregate Limit is the most we will pay under Coverage A for damages because of 'bodily injury' and 'property damage' included in the 'products-completed operations hazard'."

"5. Subject to 2. or 3. above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

A. Damages under Coverage A; and

B. Medical expenses under Coverage C because of all 'bodily injury' and 'property damage' arising out of any one 'occurrence'.

"The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purpose of determining the Limits of Insurance."

"Section V – Definitions"

"8. 'Impaired property' means tangible property other than 'your product' or 'your work' that cannot be used or is less useful because;"

"b. You have failed to fulfill the terms of a contract or agreement; if such property can be restored to use by:
a. The repair, replacement, adjustment or removal of 'your product' or 'your work'; or
b. Your fulfilling the terms of the contract or agreement."

"13. 'Occurrence' means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

"15. Pollutants' means any solid, liquid, gaseous to thermal irritant or contaminant including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**05/19/2005 09:47 AM**

16. 'Products-completed operations hazard':
    A. Includes all 'bodily injury' and 'property damage' occurring away from premises you own or rent and arising out of 'your product' or 'your work' except:
        (1) Products that are still in your physical possessions; or
        (2) Work that has not yet been completed or abandoned. However, 'your work' will be deemed completed at the earliest of the following times:
            (A) When all of the work called for in your contract has been completed.
            (B) When all of the work to be done at the jobsite has been completed if your contract calls for work at more than one job sit.
            (C) When the part of the work done at the job site has been put to its intended use by any person or organization other than contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

    B. Dose not include 'bodily injury' or 'property damage' arising out of:
        (1) The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the 'loading or unloading' of that vehicle by an insured;
        (2) The existence of tools, uninstalled equipment or abandoned or unused materials; or
        (3) Products or operations for which the classification, listed in the Declarations or in a policy schedule, states that products completed operations are subject to the General Aggregate Limit"

"17. 'Property damage' means:
    A. Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or
    B. Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the 'occurrence' that caused it."

"21. 'Your work' means:
    a. Work or operations performed by you or on your behalf; and
    b. Materials, parts or equipment furnished in connection with such work or operations.

**05/19/2005 09:47 AM**

"Your work" includes:

    a. Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of 'your work'; and

    b. The providing of or failure to provide warnings or instructions."

In addition to the above policy terms certain endorsements to these policies may preclude all or part of the coverage under the policy.

"THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.
*TOTAL POLLUTION EXCLUSION ENDORSEMENT*
This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

Exclusion **f.** under Paragraph **2., Exclusions** of Sections **I – Coverage A – Bodily Injury and Property damage Liability** is replaced by the following:

This insurance does not apply to:

**f. Pollution**

    (1)  'Bodily injury' or 'property damage' which would not have occurred in whole or part but for the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape arising out of any:

    (2)  Any loss, cost or expense arising out of any:

        (a)  Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way to respond to, or assess the effects of 'pollutants'; or

        (b)  Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, 'pollutants'."

Additionally, the following language is found in another endorsement to the policy which could act to preclude all or part of the language.

**"FUNGI OR BACTEIA EXCLUSION"**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILTY COVERAGE PART

A. The following exclusion is added to Paragraph **2.,** Exclusions of **Section 1-**

**05/19/2005 09:47 AM**

**Coverage A – Bodily Injury And Property Damage Liability:**

2. **Exclusions**

This insurance does not apply to:

**Fungi or Bacteria**

a. 'Bodily injury' or ''property damage' which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any 'fungi' or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

b. Any loss, cost or expense arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or deposing of, or in any way responding to, or assessing the effects of, 'fungi' or bacteria, by any insured or by any other person or entity.

This exclusion does not apply to any 'fungi' or bacteria that are, are on, or are contained in, a good or product intended for consumption."

"C. The following definition is added to the **Definitions** Section:

'Fungi' means any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents or byproducts produced or released by fungi."

The declaration page of the policies set forth the types of coverage purchased by Merry Corner, LLC and the amounts of that coverage. Not every type of coverage taken from the declaration's page and quoted on Pages 1 and 2 of this correspondence will come into play by a coverage analysis relative to this matter because they are clearly not invoked by the allegations of the complaint. For example, it appears that the PERSONAL AND ADVERTISING INJURY portion of the policy will not be applicable to the allegations in the complaint and no duty to the part of the Company arises from the Personal Injury and Advertising Injury portion of the policy for coverage or defense. Additionally, the Fire Coverage limit will not invoke coverage or the obligation to defend on the part of the Company and, it appears that the Medical Expense portion of the policy will not be invoked, although, if the allegations of the complaint change to add a claim for medical expense on behalf of any Plaintiff you should notify the Company immediately. We request that you notify the Company of this or any other change and provide adequate information to us so that we can analyze the issue of whether coverage or defense is invoke by virtue of this change in allegations. The same for any amendments to the complaint or changes in the allegations in the case. Please notify us in the event of changes or amendments in the case immediately upon your learning of the same.

**05/19/2005 09:47 AM**

While the Company has hired counsel to defend Merry Corner, LLC in this matter, you may want to retain personal counsel to assist you in evaluating any issues in the case including any coverage issues that have arisen or that may arise in the case. However, the law firm hired by the Company to defend Merry Corner, LLC is solely representing Merry Corners, LLC and not the Company and this law firm will advise you as to the case in chief. However, if you wish to hire personal counsel to assist in the defense of the underlying case the law firm hired by this company will cooperate fully with that firm.

If you have any questions about this correspondence, please contact: Charles L. Pate Claim Specialist; General Casualty Insurance Company; P.O. Box 235004; Montgomery, AL 36123-5004; (334) 270-6286.

Sincerely,

Virginia Farrior
Claim Specialist

Cc: Ball, Ball, Mathews & Novak

**05/19/2005 09:47 AM**

# IN THE CIRCUIT COURT OF
## MONTGOMERY COUNTY, ALABAMA

TOMMY PINKSTON, et al.,          *
                                 *
    Plaintiffs,          *
                                 *
vs.                              *    CASE NO. : CV-2005-931
                                 *
MERRY CORNER, LLC, et al.,       *    JURY DEMAND
                                 *
    Defendants.          *

2005 JUN 15 PH 3: 45
FILED
CIRCUIT COURT OF
MONTGOMERY COUNTY

### ANSWER

Defendant Merry Corner, LLC, ("Merry Corner") files this its answer to Plaintiffs' ("Plaintiffs") Complaint and shows as follows:

### FIRST DEFENSE

The Complaint fails to state a cause of action against Merry Corner upon which relief may be granted to Plaintiffs.

### SECOND DEFENSE

Merry Corner denies each and every material allegation, statement and averment therein contained and demands strict proof thereof.

### THIRD DEFENSE

Merry Corner pleads the general issue.

### FOURTH DEFENSE

Merry Corner is not guilty of the matters charged against it in the Complaint.

### FIFTH DEFENSE

Merry Corner denies that it was guilty of any of the conduct set forth in Plaintiffs' Complaint.



EXHIBIT
D
PENGAD 800-631-6989

## SIXTH DEFENSE

Merry Corner denies that it was guilty of any of the conduct set forth in Plaintiffs' Complaint which was the proximate cause of any injuries or damages to Plaintiffs as alleged in Plaintiffs' Complaint.

## SEVENTH DEFENSE

Plaintiffs' claim for relief is barred for failure to mitigate its damages or are subject to offset by any mitigations.

## EIGHTH DEFENSE

Merry Corner denies that it was guilty of any of the conduct which entitles Plaintiffs to recover damages against it.

## NINTH DEFENSE

Plaintiffs' claim is barred by the doctrines of waiver and estoppel.

## TENTH DEFENSE

Merry Corner denies any basis of fact or law for an award of damages against it.

## ELEVENTH DEFENSE

Merry Corner pleads the applicable statute of limitations.

## TWELFTH DEFENSE

1.     Plaintiffs' claim of punitive damages violates the Fourth, Fifth, Sixth, Eighth, and Fourteenth Amendments of the Constitution of the United States on the following grounds:

a.     It is a violation of the Due Process and Equal Protection Clauses of the Fourteenth Amendment of the United States Constitution to impose punitive damages, which are penal in nature, against a civil defendant upon the plaintiff satisfying a burden of proof which is less than the "beyond a reasonable doubt" burden of proof required in criminal cases;

2

b.    The procedures pursuant to which punitive damages are awarded may result in the award of joint and several judgments against multiple defendants for different alleged acts of wrongdoing, which infringes the Due Process and Equal Protection Clauses of the Fourteenth Amendment of the United States Constitution;

c.    The procedures pursuant to which punitive damages are awarded fail to provide a reasonable limit on the amount of the award against defendant, which thereby violates the Due Process Clause of the Fourteenth Amendment of the United States Constitution;

d.    The procedures pursuant to which punitive damages are awarded fail to provide specific standards for the amount of the award of punitive damages which thereby violates the Due Process Clause of the Fourteenth Amendment of the United States Constitution;

e.    The procedures pursuant to which punitive damages are awarded result in the imposition of different penalties for the same or similar acts, and thus violates the Equal Protection Clause of the Fourteenth Amendment of the United States Constitution;

f.    The procedures pursuant to which punitive damages are awarded permit the imposition of punitive damages in excess of the maximum criminal fine for the same or similar conduct, which thereby infringes the Due Process Clause of the Fifth and Fourteenth Amendments of the United States Constitution and the Equal Protection Clause of the Fourteenth Amendment of the United States Constitution; and

g.    The procedures pursuant to which punitive damages are awarded permit the imposition of excessive fines in violation of the Eighth Amendment of the United States Constitution.

2.    Plaintiffs' claim of punitive damages violates the due process clause of Article I, Section 6 of the Constitution of Alabama on the following grounds;

3

a. It is a violation of the Due Process Clause to impose punitive damages, which are penal in nature, upon a civil defendant upon the plaintiffs satisfying a burden of proof less than the "beyond a reasonable doubt" burden of proof required in criminal cases;

b. The procedures pursuant to which punitive damages are awarded fail to provide a limit on the amount of the award against this defendant;

c. The procedures pursuant to which punitive damages are awarded are unconstitutionally vague;

d. The procedures pursuant to which punitive damages are awarded fail to provide specific standards for the amount of the award of punitive damages;

e. The award of punitive damages in this case constitutes a deprivation of property without due process of law; and

f. The procedures pursuant to which punitive damages are awarded may result in the award of joint and several judgments against multiple defendants for different alleged acts of wrongdoing, which infringes the Due Process and Equal Protection Clauses of the Fourteenth Amendment of the United States Constitution.

3. Plaintiffs' attempt to impose punitive damages or extra-contractual damages on this defendant, on the basis of the vicarious liability for the conduct of others, violates the Fifth, Eighth, and Fourteenth Amendments of the United States Constitution.

4. The award of punitive damages to the plaintiffs in this action would constitute a deprivation of property without due process of law required under the Fifth and Fourteenth Amendments of the United States Constitution.

4

5.    The procedures pursuant to which punitive damages are awarded permit the imposition of an excessive fine in violation of Article I, Section 15 of the Constitution of Alabama.

6.    The award of punitive damages against the defendant in this action would violate the prohibition against laws that impair the obligations of contracts in violation of Article I, Section 22 of the Constitution of Alabama.

7.    This defendant says that the imposition of punitive damages under Alabama law is arbitrary and capricious, inasmuch as there are no standards for fair and objective calculation of such damages and as the same are penal in nature, plaintiffs must show entitlement to the same by evidence beyond a reasonable doubt; further imposition of punitive damages under Alabama law is contrary to the Due Process and Equal Protection clauses of both the Constitution of the United States of America and of the State of Alabama and that imposition of punitive damages under Alabama law, even with <u>Green Oil</u> and <u>Hammond</u>'s guidelines is arbitrary and capricious leading to "grossly excessive" punitive damage awards, inasmuch as the jury is provided neither guidelines in reaching some rational ratio between compensatory and punitive damages nor some rational relation between the defendant's alleged conduct and the legitimate interest of the State to punish unlawful conduct and deter its repetition. <u>BMW of North American v. Gore</u>, 116 S. Ct. 1589 (1996).

8.    Notions of judicial fairness, Due Process, and constitutional jurisprudence dictate that a person receive fair notice of not only the conduct that will subject him to punishment but also the severity of the penalty that a State may impose. This State provides no such notice to defendants, leading to "grossly excessive" punitive damage awards that violate the United States Constitution and its amendments. <u>BMW of North American v. Gore</u>, 116 S. Ct. 1589 (1996).

5

9.    Plaintiffs' claim for punitive damages is limited to the amount recoverable as set forth in §6-11-21, Ala. Code, 1975.

### THIRTEENTH DEFENSE

Without waiving any of the previously asserted defenses, Merry Corner responds to the specific numbered paragraphs of Plaintiffs' Complaint, using the same numbered paragraphs appearing therein, as follows:

1.    Defendant Merry Corner is without sufficient knowledge or information to admit or deny the averments and allegations of Paragraph 1 of Plaintiffs' Complaint and therefore denies and demands strict proof thereof.

2.    Defendant Merry Corner admits that it is the owner and developer of real property located in the area of Plaintiffs' property, but otherwise denies the averments and allegations of Paragraph 2 of Plaintiffs' Complaint and demands strict proof thereof.

3.    The averments and allegations of Paragraph 3 of Plaintiffs' Complaint contains allegations which do not appear to be related to Defendant Merry Corner.

4.    Defendant Merry Corner admits that it has developed property for residential and commercial use, but otherwise denies the averments and allegations of Paragraph 4 of Plaintiffs' Complaint and demands strict proof thereof.

5.    Defendant Merry Corner denies the averments and allegations of Paragraph 5 of Plaintiffs' Complaint and demands strict proof thereof.

Defendant Merry Corner reserves the right to amend this Answer.

6

RICHARD A. BALL, JR., BALL-004
B. SAXON MAIN, MAI005
Attorney for Defendant,
Merry Corner, LLC

**OF COUNSEL:**

BALL, BALL, MATTHEWS & NOVAK, P.A.
Post Office Box 2148
2000 Interstate Park Drive, Suite 204
Montgomery, AL  36102-2148
Telephone:     (334) 387-7680
Facsimile:     (334) 387-3222

# JURY DEMAND

Defendant Merry Corner demands a trial by jury.

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon the following listed attorney(s) of record by placing same in the U.S. Mail, postage prepaid and property addressed on this the ___15th___ day of June, 2005.

J. Doyle Fuller, Esq.
Law Office of J. Doyle Fuller
2851 Zelda Road
Montgomery, AL  36106

J. Floyd Minor, Esq.
Minor & Olszewski
P.O. Box 164
Montgomery, AL  36101

OF COUNSEL

8



# IN THE CIRCUIT COURT OF
## MONTGOMERY COUNTY, ALABAMA

| | | |
|---|---|---|
| **TOMMY PINKSTON, et al.,** | * | |
| | * | |
| **Plaintiffs,** | * | |
| | * | |
| **vs.** | * | **CASE NO. : CV-2005-931** |
| | * | |
| **MERRY CORNER, LLC, et al.,** | * | **JURY DEMAND** |
| | * | |
| **Defendants.** | * | |

### AMENDED ANSWER

COMES NOW Defendant Merry Corner, LLC, ("Merry Corner") and adopts and incorporates its Answer served on June 15, 2005, as to the claims of Susie Brown Herrington and any and all other allegations and averments alleged in Plaintiffs' Motion to Amend Complaint and Add Plaintiff.

Defendant Merry Corner reserves the right to amend this Answer.

RICHARD A. BALL, JR., BALL-004
B. SAXON MAIN, MAI005
Attorney for Defendant,
Merry Corner, LLC

**OF COUNSEL:**

BALL, BALL, MATTHEWS & NOVAK, P.A.
Post Office Box 2148
2000 Interstate Park Drive, Suite 204
Montgomery, AL  36102-2148
Telephone:     (334) 387-7680
Facsimile:     (334) 387-3222

# JURY DEMAND

Defendant Merry Corner demands a trial by jury.

### CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon the following

listed attorney(s) of record by placing same in the U.S. Mail, postage prepaid and property

addressed on this the _____ day of April 2006.

J. Doyle Fuller, Esq.
Law Office of J. Doyle Fuller
2851 Zelda Road
Montgomery, AL  36106

J. Floyd Minor, Esq.
Minor & Olszewski
P.O. Box 164
Montgomery, AL  36101

OF COUNSEL

2