IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| SOUTHERN GUARANTY<br>INSURANCE COMPANY, | *<br>*<br>* | |
| Plaintiff, | *<br>* | |
| v. | *<br>* | CASE NO.:  2:07cv185-WHA |
| MERRY CORNER, L.L.C.,<br>TOMMY PINKSTON, MCDONALD<br>ARRINGTON, JAMES HARRINGTON,<br>HENRY HOLLIS, and SUSIE<br>BROWN HARRINGTON, | *<br>*<br>*<br>*<br>*<br>* | |
| Defendants. | * | |

## CONFLICT DISCLOSURE STATEMENT

In accordance with the Order of this Court, Southern Guaranty Insurance Company, an undersigned party to the above-captioned matter does hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnerships, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

The following entities are hereby reported:

| | |
|---|---|
| Parent company: | General Casualty Company of Wisconsin (Delaware)<br>Winterthur U.S. Holdings, Inc. (Delaware)<br>Winterthur Swiss Insurance Company (Switzerland)<br>AXA Group (France) |
| Affiliates (U.S. only): | Regent Insurance Company (Wisconsin)<br>Hoosier Insurance Company (Indiana)<br>General Casualty Company of Illinois (Illinois)<br>Southern Pilot Insurance Company (Wisconsin) |

        Southern Fire & Casualty Company (Wisconsin)
        Southern Guaranty Insurance Company of Georgia (Georgia)
        MassWest Insurance Company (Wisconsin)
        Blue Ridge Insurance Company (Wisconsin)
        Blue Ridge Indemnity Company (Wisconsin)
        Unigard Insurance Company (Washington)
        Unigard Indemnity Company (Washington)
        Unigard Pacific Insurance Company (Washington)
        Unigard, Inc. (Washington)
        Winterthur Investment Management Corporation (Delaware)
        Republic Financial Services, Inc. (Nevada)
        Republic Financial Services, Inc. (Texas)
        Winterthur North America, Inc. (Wisconsin)

Respectfully submitted this the 8th day of March, 2007.

        s/Megan K. McCarthy
        H.E. NIX (NIX007)
        MEGAN K. MCCARTHY(MCC149)
        Attorneys for Southern Guaranty Insurance Company

OF COUNSEL:
*Nix, Holtsford, Gilliland, Higgins & Hitson, P.C.*
Post Office Box 4128
Montgomery, Alabama 36103-4128
334-215-8585
334-215-7101 - Facsimile
cnix@nixholtsford.com
mmccarthy@nixholtsford.com

**CERTIFICATE OF SERVICE**

      I hereby certify that an exact copy of the foregoing instrument has been served (a) through the Court's e-filing system; (b) by placing a copy of same in the United States Mail, postage prepaid and properly addressed; and/or (c) by personal/firm e-mail to

J. Doyle Fuller, Esq.
Law Office of J. Doyle Fuller, P.C.
2851 Zelda Road
Montgomery, AL 36106

Richard A. Ball, Jr., Esq.
R. Saxon Main, Esq.
Ball, Ball, Matthews & Novak
P. O. Box 2148
Montgomery, AL 36102

on this the 8th day of March, 2007.

                                      s/Megan K. McCarthy
                                        OF COUNSEL