# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | | |
|---|---|---|
| SOUTHERN GUARANTY INSURANCE COMPANY | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 2:07-cv-185-WHA |
| MERRY CORNER, L.L.C., TOMMY PINKSTON, MCDONALD ARRINGTON, JAMES HARRINGTON, HENRY HOLLIS, and SUSIE BROWN HARRINGTON, | ) ) ) ) ) ) | |
| Defendants. | ) | |

## CORPORATE/CONFLICT DISCLOSURE STATEMENT

In accordance with the order of this Court, the undersigned party to the above-captioned matter do hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☒ There are no entities to be reported.

Respectfully submitted,

/s/ George R. Parker
James W. Gewin (GEW001)
George R. Parker (PAR086)
**Attorneys for Defendant Merry Corner L.L.C.**
Bradley Arant Rose & White LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104
Telephone: (334) 956-7700
Fax: (334) 956-7701

## CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> H.E. Nix, Esq.
> Megan K. McCarthy, Esq.
> Nix, Holtsford, Gilliland, Higgins & Hitson, P.C.
> Post Office Box 4128
> Montgomery, AL  36103-4128
>
> J. Doyle Fuller, Esq.
> Law Office of J. Doyle Fuller, P.C.
> 2851 Zelda Road
> Montgomery, AL  36106

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

None.

/s/  George R. Parker
_____
OF COUNSEL
