**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

May 2, 2007

NOTICE OF REASSIGNMENT

To:  All Counsel of Record

Re:  Southern Guaranty Insurance Company v. Merry Corner, L.L.C. et al
     Civil Action No. 2:07-cv-00185-WHA

The above-styled case has been reassigned to Judge W. Keith Watkins.

Please note that the case number is now **2:07cv185-WKW**.

This new case number should be used on all future correspondence and pleadings in this action.