IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **SOUTHERN GUARANTY INSURANCE COMPANY,** | ) |
| | ) |
| Plaintiff, | ) |
| vs. | )    CASE NO:  2:07-cv-185-WHA |
| | ) |
| **MERRY CORNER, LLC, TOMMY PINKSTON, MCDONALD ARRINGTON, JAMES HARRINGTON, HENRY HOLLIS and SUSIE BROWN HARRINGTON** | ) |
| | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

**MOTION TO ADOPT MOTION TO DISMISS SOUTHERN GUARANTY'S
DECLARATORY JUDGMENT, OR IN THE ALTERNATIVE, TO STAY**

COMES NOW, the Defendants, TOMMY PINKSTON, MCDONALD

ARRINGTON, JAMES HARRINGTON, HENRY HOLLIS and SUSIE BROWN

HARRINGTON, by and through counsel, and hereby adopts in full the Motion to

Dismiss Southern Guaranty's Declaratory Judgment Motion, Or in the Alternative, To

Stay filed by Defendant Merry Corner, LLC

Respectfully submitted this the 9th day of May, 2007.

/s/  J. Doyle Fuller
J. DOYLE FULLER (FUL005)
Law Office of J. Doyle Fuller, PC
Attorney for Defendants Tommy
Pinkston, McDonald Arrington,
James Harrington, Henry Hollis and
Susie Brown Harrington
2851 Zelda Road
Montgomery, Alabama 36106
334-270-0020
334-270-9848 fax

## CERTIFICATE OF SERVICE

I hereby certify that I  electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to the following :

JAMES W. GEWIN
GEORGE R. PARKER
BRADLEY, ARANT, ROSE & WHITE, LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, Alabama 36104

H. E. NIX
MEGAN K. McCARTHY
NIX, HOLTSFORD, GILLILAND, HIGGINS & HITSON, PC
Post Office Box 4128
Montgomery, Alabama 36103-4128

on this the 9th day of May, 2007.

/s/  J. Doyle Fuller                           
Of Counsel