IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SOUTHERN GUARANTY INSURANCE COMPANY, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) CASE NO. 2:07-cv-185-WKW<br>) |
| MERRY CORNER, L.L.C., *et al.*, | )<br>)<br>)<br>) |
| Defendants. | ) |

## ORDER

Upon consideration of the plaintiff's Motion to Expedite Briefing Schedule (Doc. # 22), it is ORDERED that the motion is DENIED.

DONE this 16th day of May, 2007.

/s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE