IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SOUTHERN GUARANTY INSURANCE COMPANY, </br></br>Plaintiff, </br></br>v. </br></br>MERRY CORNER, L.L.C., TOMMY PINKSTON, MCDONALD ARRINGTON, JAMES HARRINGTON, HENRY HOLLIS, and SUSIE BROWN HARRINGTON, </br></br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CASE NO. 2:07-cv-185-WKW |

MOTION TO DISMISS SOUTHERN
GUARANTY INSURANCE COMPANY'S AMENDED COMPLAINT FOR
DECLARATORY JUDGMENT, OR IN THE ALTERNATIVE, TO STAY

Defendant Merry Corner, L.L.C., ("Merry Corner") moves this Court to dismiss Plaintiff Southern Guaranty Insurance Company's ("Southern Guaranty") Amended Complaint for Declaratory Judgment, or in the alternative, to stay this action pending the resolution of an underlying action presently pending in state court and set for trial on June 25, 2007. In support of this motion, Merry Corner shows as follows:

1. To the extent a response is necessary to Southern Guaranty Insurance Company's Amended Complaint for Declaratory Judgment, Merry Corner adopts and incorporates by reference its Motion to Dismiss Southern Guaranty Insurance Company's Complaint for Declaratory Judgment, or in the Alternative, to Stay [Document 16 filed 05/01/07] and Merry Corner, L.L.C.'s Reply to Southern Guaranty's Response to Merry Corner, L.L.C.'s Motion to Dismiss or in the Alternative, to Stay [Document 25 filed 06/05/07] as if the same were set forth fully herein.

1/1573581.4

WHEREFORE, premises considered, Merry Corner respectfully prays this Court to dismiss Southern Guaranty Insurance Company's Amended Complaint for Declaratory Judgment action or in the alternative, stay this declaratory judgment action pending resolution of the underlying state court action.

Respectfully submitted,

s/ George R. Parker
James W. Gewin (GEW001)
George R. Parker (PAR086)
Bradley Arant Rose & White LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104
Telephone: (334) 956-7700
Facsimile: (334) 956-7701
E-mail: gparker@bradleyarant.com

**Attorneys for Defendant Merry Corner L.L.C.**

## CERTIFICATE OF SERVICE

  I hereby certify that on June14, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

>H.E. Nix, Esq.
>Megan K. McCarthy, Esq.
>Nix, Holtsford, Gilliland, Higgins & Hitson, P.C.
>Post Office Box 4128
>Montgomery, AL  36103-4128
>
>J. Doyle Fuller, Esq.
>Law Office of J. Doyle Fuller, P.C.
>2851 Zelda Road
>Montgomery, AL  36106

  and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

None.

                   s/George R. Parker
                    OF COUNSEL