IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| SOUTHERN GUARANTY<br>INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>MERRY CORNER, L.L.C.,<br>TOMMY PINKSTON, MCDONALD<br>ARRINGTON, JAMES HARRINGTON,<br>HENRY HOLLIS, and SUSIE<br>BROWN HARRINGTON,<br><br>    Defendants. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | CASE NO. 2:07cv185-WKW |

## MOTION TO DISMISS

COMES NOW the Plaintiff, Southern Guaranty Insurance Company (hereinafter "Southern Guaranty"), by and through counsel of record, and hereby moves the Court to enter an Order dismissing the above styled cause without prejudice against Merry Corner, L.L.C., Tommy Pinkston, McDonald Arrington, James Harrington, Henry Hollis and Susie Brown Harrington. The Plaintiff asks for this dismissal due to the fact that the underlying lawsuit, *Pinkston, et al. v. Merry Corner, L.L.C.*, CV 2005-931, filed in the Circuit Court of Montgomery County, Alabama, has been dismissed with prejudice. (See Exhibit A). Southern Guaranty hereby requests that this case be dismissed without prejudice and each party to bare its own costs.

This the _____ day of September, 2007.

/s Megan K. McCarthy
H.E. NIX (NIX007)
MEGAN K. MCCARTHY(MCC149)
Attorneys for Southern Guaranty
Insurance Company

-1-

-2-

OF COUNSEL:
Nix, Holtsford, Gilliland, Higgins & Hitson, P.C.
Post Office Box 4128
Montgomery, Alabama 36103-4128
334-215-8585
(Fax) 334-215-7101
mmccarthy@nixholtsford.com

## CERTIFICATE OF SERVICE

  I hereby certify that a copy of the foregoing has been served upon the following by U.S. Mail, postage paid, on this the 26th day of September, 2007.

| | |
|---|---|
| J. Doyle Fuller, Esq. | James W. Gewin (GEW001) |
| Law Office of J. Doyle Fuller, P.C. | George R. Parker (PAR 086) |
| 2851 Zelda Road | Bradley Arant Rose and White, LLP |
| Montgomery, AL 36106 | 401 Adams Avenue, Suite 780 |
| | Montgomery, Alabama 36104 |

               /s Megan McCarthy
               OF COUNSEL



**IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA**

| | | |
|---|---|---|
| PINKSTON TOMMY | ) | |
| ARRINGTON MCDONALD | ) | |
| HARRINGTON JAMES | ) | |
| HOLLIS HENRY | ) | |
| ET. AL. | ) | |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | **Case No.:** CV-2005-000931.00 |
| | ) | |
| MERRY CORNER LLC | ) | |
| Defendant | ) | |

## ORDER

JOINT STIPULATION OF DISMISSAL filed by MERRY CORNER LLC is hereby GRANTED.

Dismissed with prejudice each party bearing its own cost.
DONE this 19th day of September, 2007

/s WILLIAM A. SHASHY
_____
CIRCUIT JUDGE



IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **SOUTHERN GUARANTY** | * | |
| **INSURANCE COMPANY,** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| v. | * | CASE NO. 2:07cv185-WKW |
| | * | |
| **MERRY CORNER, L.L.C.,** | * | |
| **TOMMY PINKSTON, MCDONALD** | * | |
| **ARRINGTON, JAMES HARRINGTON,** | * | |
| **HENRY HOLLIS, and SUSIE** | * | |
| **BROWN HARRINGTON,** | * | |
| | * | |
| **Defendants.** | * | |

## ORDER

The Motion for Dismissal filed by Southern Guaranty Insurance Company is hereby GRANTED. This case is dismissed without prejudice and each party is to bare its own cost.

Done this _____ day of _____, 2007.

_____
The Honorable W. Keith Watkins

-1-