IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| SOUTHERN GUARANTY INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 2:07-cv-0185-WKW |
| MERRY CORNER, L.L.C., *et al.*, | ) ) | |
| Defendants. | ) | |

## **ORDER**

It having come to the court's attention that the parties in this case have come to a resolution of this matter and desire to file a stipulation of dismissal, it is ORDERED that the parties shall file a joint stipulation of dismissal **on or before October 23, 2007.**

DONE this 10th day of October, 2007.

　　　　　　　　　　　　　　　　　/s/  W. Keith Watkins
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE