IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SOUTHERN GUARANTY<br>INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>MERRY CORNER, L.L.C.,<br>*et al.*,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    CASE NO. 2:07-cv-0185-WKW |

## **ORDER**

It is ORDERED that the order dated October 10, 2007 (Doc. # 28) is VACATED.

Upon consideration of the plaintiff's Motion to Dismiss (Doc. # 27), it is ORDERED that the motion is GRANTED. As a result, defendant Merry Corner, L.L.C.'s motion to dismiss the plaintiff's complaint, or in the alternative, motion to stay (Doc. # 16) is DENIED as MOOT; the motion to adopt Merry Corner, L.L.C.'s motion to dismiss made by the other defendants (Doc. # 20) is DENIED as MOOT; and Merry Corner, L.L.C.'s motion to dismiss the plaintiff's amended complaint, or in the alternative, motion to stay (Doc. # 26) is DENIED as MOOT.

It is further ORDERED that all claims are DISMISSED WITHOUT PREJUDICE and that the parties shall bear their own costs. An appropriate judgment will be entered.

DONE this 10th day of October, 2007.

                                          /s/ W. Keith Watkins
                                     UNITED STATES DISTRICT JUDGE