IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SOUTHERN GUARANTY INSURANCE COMPANY, | * * * |
| Plaintiff, | * * |
| v. | *   CASE NO. 2:07cv185-WKW |
| | * |
| MERRY CORNER, L.L.C., TOMMY PINKSTON, MCDONALD ARRINGTON, JAMES HARRINGTON, HENRY HOLLIS, and SUSIE BROWN HARRINGTON, | * * * * * * |
| Defendants. | * |

## MOTION TO WITHDRAW MOTION TO DISMISS

COMES NOW the Plaintiff, Southern Guaranty Insurance Company (hereinafter "Southern Guaranty"), by and through counsel of record, and hereby requests to withdraw the Motion to Dismiss without prejudice that was filed by Plaintiff on September 26, 2007. The Plaintiff bases its request on the fact that Plaintiff and Defendants have reached an agreement to dismiss the above styled lawsuit with prejudice with regard to the specific allegations in this matter, but without prejudice to the right of Plaintiff Southern Guaranty Insurance Company to contest or deny coverage or raise exclusions and limits with regard to the policies set forth in the Complaint and their terms, provisions, exclusions and endorsements on claims made or filed subsequent to the underlying lawsuit, which was *Pinkston, et al. v. Merry Corner, L.L.C.*, CV 2005-931, filed in the Circuit Court of Montgomery County, Alabama. (Exhibit A). The Plaintiff and Defendants have reached an agreement wherein they plan to file a Joint Stipulation of Dismissal as soon as the Court grants leave to do so. (Exhibit A).

WHEREFORE, the premises considered, the Plaintiff moves this Honorable Court for an

Order allowing Plaintiff to Withdraw its Motion to Dismiss without prejudice filed on September 26, 2007, and therefore, allow the Plaintiff and Defendants to file a Joint Stipulation of Dismissal.

    Submitted this the 12th day of October, 2007

/s Megan K. McCarthy
H.E. NIX (NIX007)
MEGAN K. MCCARTHY(MCC149)
Attorneys for Southern Guaranty
Insurance Company

OF COUNSEL:
Nix, Holtsford, Gilliland, Higgins & Hitson, P.C.
Post Office Box 4128
Montgomery, Alabama 36103-4128
334-215-8585
(Fax) 334-215-7101
mmccarthy@nixholtsford.com

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing has been served upon the following by U.S. Mail, postage paid, on this the 12th day of October, 2007.

| | |
|---|---|
| J. Doyle Fuller, Esq. | James W. Gewin (GEW001) |
| Law Office of J. Doyle Fuller, P.C. | George R. Parker (PAR 086) |
| 2851 Zelda Road | Bradley Arant Rose and White, LLP |
| Montgomery, AL 36106 | 401 Adams Avenue, Suite 780 |
| | Montgomery, Alabama 36104 |

/s Megan McCarthy

OF COUNSEL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SOUTHERN GUARANTY<br>INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>MERRY CORNER, L.L.C.,<br>TOMMY PINKSTON, MCDONALD<br>ARRINGTON, JAMES HARRINGTON,<br>HENRY HOLLIS, and SUSIE<br>BROWN HARRINGTON,<br><br>    Defendants. | *<br>*<br>*<br>*<br>*<br>*    CASE NO. 2:07cv185-WKW<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

STIPULATION OF DISMISSAL

COME NOW the parties in the above-styled cause and stipulate as follows: This case is due to be dismissed with prejudice with regard to the specific allegations in this matter, but without prejudice to the right of Plaintiff Southern Guaranty Insurance Company to contest or deny coverage or raise exclusions and limits with regard to the policies set forth in the Complaint and their terms, provisions, exclusions and endorsements on claims made or filed subsequent to the underlying lawsuit, which was *Pinkston, et al. v. Merry Corner, L.L.C.*, CV 2005-931, filed in the Circuit Court of Montgomery County, Alabama. Each party in the above-styled lawsuit is to bear his or her or its own costs and expenses.

_____
H. E. Nix
Megan K. McCarthy
Counsel for Plaintiff

_____
George Parker
James W. Gewin
Counsel for Merry Corner, L.L.C.

_____
J. Doyle Fuller
Counsel for Tommy Pinkston, McDonald Arrington,
James Harrington and Susie Brown Harrington



PLAINTIFF'S
EXHIBIT
A