IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **SOUTHERN GUARANTY** | * | |
| **INSURANCE COMPANY,** | * | |
| | * | |
|     **Plaintiff,** | * | |
| | * | |
| v. | * | CASE NO. 2:07cv185-WKW |
| | * | |
| **MERRY CORNER, L.L.C.,** | * | |
| **TOMMY PINKSTON, MCDONALD** | * | |
| **ARRINGTON, JAMES HARRINGTON,** | * | |
| **HENRY HOLLIS, and SUSIE** | * | |
| **BROWN HARRINGTON,** | * | |
| | * | |
|     **Defendants.** | * | |

**MOTION TO RECONSIDER FINAL JUDGMENT AND MOTION TO REQUEST
LEAVE TO FILE A JOINT STIPULATION OF DISMISSAL**

COMES NOW the Plaintiff, Southern Guaranty Insurance Company (hereinafter "Southern Guaranty"), by and through counsel of record, and hereby requests the Court to Reconsider the Final Judgment entered on October 10, 2007, in the above styled cause. The Plaintiff further requests to Court to allow it and the Defendants to file a Joint Stipulation of Dismissal in this case. Plaintiff bases this Motion on the following:

1. On October 10, 2007, the Court entered an Order dismissing the above styled cause without prejudice. (Exhibit A).

2. Prior to the Court's issuance of the Order, all parties in this lawsuit reached an agreement wherein they plan to file a joint stipulation of dismissal with the Court that will serve to more properly protect all the parties interests involved than a general dismissal without prejudice. The joint stipulation of dismissal will dismiss the above styled lawsuit with prejudice with regard to the specific allegations in this

        matter, but without prejudice to the right of Plaintiff Southern Guaranty Insurance Company to contest or deny coverage or raise exclusions and limits with regard to the policies set forth in the Complaint and their terms, provisions, exclusions and endorsements on claims made or filed subsequent to the underlying lawsuit, which was *Pinkston, et al. v. Merry Corner, L.L.C.*, CV 2005-931, filed in the Circuit Court of Montgomery County, Alabama. (Exhibit B).

3.     Parties plan to file the Joint Stipulation of Dismissal as soon as the Court enters an Order allowing them to do so.

WHEREFORE, the premises considered, the Plaintiff moves this Honorable Court for an Order reconsidering the Order entering Final Judgment in this case, and further moves this Honorable Court for an Order allowing the Plaintiff and Defendants to file a Joint Stipulation of Dismissal.

    Submitted this the 12th day of October, 2007

                                           /s Megan K. McCarthy  
                                           H.E. NIX (NIX007)  
                                           MEGAN K. MCCARTHY(MCC149)  
                                           Attorneys for Southern Guaranty  
                                           Insurance Company

OF COUNSEL:  
Nix, Holtsford, Gilliland, Higgins & Hitson, P.C.  
Post Office Box 4128  
Montgomery, Alabama 36103-4128  
334-215-8585  
(Fax) 334-215-7101  
mmccarthy@nixholtsford.com

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing has been served upon the following by U.S. Mail, postage paid, on this the 12th day of October, 2007.

| | |
|---|---|
| J. Doyle Fuller, Esq. | James W. Gewin (GEW001) |
| Law Office of J. Doyle Fuller, P.C. | George R. Parker (PAR 086) |
| 2851 Zelda Road | Bradley Arant Rose and White, LLP |
| Montgomery, AL 36106 | 401 Adams Avenue, Suite 780 |
| | Montgomery, Alabama 36104 |

                                    /s Megan McCarthy
                                    OF COUNSEL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SOUTHERN GUARANTY<br>INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>MERRY CORNER, L.L.C.,<br>et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)  CASE NO. 2:07-cv-0185-WKW<br>)<br>)<br>)<br>)<br>) |

## FINAL JUDGMENT

In accordance with the prior proceedings and orders of the Court, it is ORDERED and ADJUDGED that all claims are hereby DISMISSED WITHOUT PREJUDICE. The parties shall bear their own costs.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 10th of October, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE



IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SOUTHERN GUARANTY<br>INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>MERRY CORNER, L.L.C.,<br>TOMMY PINKSTON, MCDONALD<br>ARRINGTON, JAMES HARRINGTON,<br>HENRY HOLLIS, and SUSIE<br>BROWN HARRINGTON,<br><br>Defendants. | *<br>*<br>*<br>*<br>*<br>*   CASE NO. 2:07cv185-WKW<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

STIPULATION OF DISMISSAL

COME NOW the parties in the above-styled cause and stipulate as follows: This case is due to be dismissed with prejudice with regard to the specific allegations in this matter, but without prejudice to the right of Plaintiff Southern Guaranty Insurance Company to contest or deny coverage or raise exclusions and limits with regard to the policies set forth in the Complaint and their terms, provisions, exclusions and endorsements on claims made or filed subsequent to the underlying lawsuit, which was *Pinkston, et al. v. Merry Corner, L.L.C.*, CV 2005-931, filed in the Circuit Court of Montgomery County, Alabama. Each party in the above-styled lawsuit is to bear his or her or its own costs and expenses.

_____
H. E. Nix
Megan K. McCarthy
Counsel for Plaintiff

_____
George Parker
James W. Gewin
Counsel for Merry Corner, L.L.C.

_____
J. Doyle Fuller
Counsel for Tommy Pinkston, McDonald Arrington,
James Harrington and Susie Brown Harrington

PLAINTIFF'S EXHIBIT