IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SOUTHERN GUARANTY<br>INSURANCE COMPANY,<br><br>       Plaintiff,<br><br>       v.<br><br>MERRY CORNER, L.L.C.,<br>*et al.*,<br><br>       Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   CASE NO. 2:07-cv-185-WKW<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

It is ORDERED that the plaintiff's Motion to Withdraw (Doc. # 31) and Motion to Reconsider Final Judgment (Doc. # 32) are GRANTED; therefore, the court deems the plaintiff's Motion to Dismiss (Doc. # 27) as withdrawn, and the court's Order (Doc. # 29) and Final Judgment (Doc. # 30) are thus VACATED.

It is further ORDERED that the plaintiff's Motion to Request Leave to File a Joint Stipulation of Dismissal (Doc. # 32) is GRANTED. The plaintiff shall file the proposed joint stipulation of dismissal **on or before October 17, 2007.**

DONE this 15th day of October, 2007.

                                         /s/   W. Keith Watkins
                                   UNITED STATES DISTRICT JUDGE