IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SOUTHERN GUARANTY <br> INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> MERRY CORNER, L.L.C., <br> TOMMY PINKSTON, MCDONALD <br> ARRINGTON, JAMES HARRINGTON, <br> HENRY HOLLIS, and SUSIE <br> BROWN HARRINGTON, <br><br> Defendants. | * <br> * <br> * <br> * <br> * <br> * CASE NO. 2:07cv185-WKW <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * |

STIPULATION OF DISMISSAL

COME NOW the parties in the above-styled cause and stipulate as follows: This case is due to be dismissed with prejudice with regard to the specific allegations in this matter, but without prejudice to the right of Plaintiff Southern Guaranty Insurance Company to contest or deny coverage or raise exclusions and limits with regard to the policies set forth in the Complaint and their terms, provisions, exclusions and endorsements on claims made or filed subsequent to the underlying lawsuit, which was *Pinkston, et al. v. Merry Corner, L.L.C.*, CV 2005-931, filed in the Circuit Court of Montgomery County, Alabama. Each party in the above-styled lawsuit is to bear his or her or its own costs and expenses.

_____
H. E. Nix
Megan K. McCarthy
Counsel for Plaintiff

_____
George Parker
James W. Gewin
Counsel for Merry Corner, L.L.C.

_____
J. Doyle Fuller
Counsel for Tommy Pinkston, McDonald Arrington,
James Harrington and Susie Brown Harrington